UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**23 CV 7064**

| | |
|---|---|
| CLAUDIA MARIE LEE | ) Case No. _____ CV _____ |
| Plaintiff | ) |
| | ) Private, Special, Urgent |
| Vs. | ) |
| | ) Complaint |
| TOWN OF WAWAYANDA; | ) Jury Trial Demanded |
| WAWAYANDA TOWN COURT; | ) |
| SHAWN R. O'CONNOR; | ) |
| NEW YORK CITY POLICE DEPARTMENT; | ) |
| MATTHEW J. O'CONNELL; | ) |
| JEAN PAUL ROZENBENZ; | ) |
| RAJESH SHARMA; | ) |
| AHMAD Y. OTHMAN; | ) |
| JOHN DOE 1-10; | ) |
| Defendants. | ) |

RECEIVED
AUG 10 2023
PRO SE OFFICE

## I.   INTRODUCTION

In this complaint, Claudia Marie Lee, Plaintiff, challenges the Defendants violating her U.S. Constitutional Rights, violations of state law and Plaintiff's right to travel in her personal non-commercial automobile that repeatedly was violated by the Defendants causing, as a result of unauthorized tickets, police arrest, personal bodily injuries, unlawful body and property searches, finger printing, seizure of my personal automobile and other violations of Law.

The Defendants' policies and practices are commercial charges and defendants refused to acknowledge the Plaintiff is not a commercial driver operating in commerce. The Defendants have harmed my freedom of movement, stopped and harmed me from personal travel in my non-commercial "Household Goods" automobile and harassed me for numerous years.

## II.      THE PARTIES

1.      Plaintiff, Claudia Marie Lee, P.O. Box 250523, Manhattan, New York 10025 is a State

Citizen with status sent by certified mail to the United States Secretary of State for proper status

election. Plaintiff is not a commercial "Driver" as defined in 29 CFR 782.3. I have written this

Complaint myself. (See Exhibit A, Exhibit O and Exhibit P)

> Accordingly, such pleadings should be held to a less stringent standard than those
> drafted by licensed, practicing attorneys. Implicit in the right of self-
> representation is an obligation on the part of any court to make reasonable
> allowances to protect unrepresented litigants from inadvertent forfeiture of
> important Rights because of any lack of formal legal training. See Traguth v.
> Zuck, 710 F.2d 90, 95 (2nd Cir. 1983); Hoffman v. U.S., 244 F.2d 378, 379 (9th
> Cir. 1957); Darr v. Burford, 339 U.S. 200 (1950). Pleadings are requested to be
> construed by "less stringent standards". See Haines v. Kerner, 404 U.S. 519-20,
> (1972). An unrepresented litigant should be given a reasonable opportunity to
> remedy defects in his [or her] pleadings if the factual allegations are close to
> stating a claim for relief. Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991).

2.      Defendant 1. TOWN OF WAWAYANDA a municipal corporate commercial entity with

its corporate headquarters located at 80 Ridgebury Hill Road, Slate Hill, New York 10973,

Orange County New York; D-U-N-S number: 053570982.

3.      Defendant 2. WAWAYANDA TOWN COURT, (hereafter "WTC") a corporate

subdivision of defendant TOWN OF WAWAYANDA located at 80 Ridgebury Hill Road, Slate

Hill, New York 10973, Orange County New York.

4.      Defendant 3. SHAWN R O'CONNOR, a municipal court judge employed by the TOWN

OF WAWAYANDA located at 80 Ridgebury Hill Road, Slate Hill, New York 10973, Orange

County, New York.

5.      Defendant 4. NEW YORK CITY POLICE DEPARTMENT, New York County, New

York located at One Police Plaza, Unit 152-A, Manhattan, New York 10038.

6.      Defendant 5. Police Officer MATTHEW J. O'CONNELL employed by the New York

State Police (hereafter "NYSP") located at 55 Crystal Run Road, Middletown, New York 10941

in Orange County, New York.

7.     Defendant 6. RAJESH SHARMA, Police Officer employed by New York Police Department, (hereafter "NYPD") located at 451 West 151st Street, Manhattan, NY 10031.

8.     Defendant 7. JEAN PAUL ROZENBENZ, Police Officer employed by NYPD located at 451 West 151st Street, Manhattan, NY 10031 in New York County, New York.

9.     Defendant 8. AHMAD Y. OTHMAN, Lieutenant employed by NYPD, located at 451 West 151st Street, Manhattan, NY 10031 in New York County, New York.

10.     Defendants JOHN DOE 1-10 are other defendants whose names are unknown to Plaintiff at this time and require discovery.

## III.     JURISDICTION

11.     The jurisdiction of the Court under its Article III capacity and United States Code Title 28 of Section 1331 general federal question, which grants district courts with original subject matter jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

12.     The Court has Supplementary Jurisdiction pursuant to 28 U.S.C. § 1367 for state laws violated, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Such supplemental jurisdiction shall include claims that involve the joinder or intervention of additional parties.

13.     The venue is proper as the Plaintiff is domicil within the jurisdiction of this court.

## IV.     FACTS

14.     On January 21, 2017, Claudia Marie Lee was returning home from an immediate family member's funeral held in Middletown, New York, which was proven to the WTC Court. On the way home I decided to stop at Soons Apple Orchards, New Hampton, NY ("Soons") and parked

in the private parking lot belonging to Soons and was peacefully walking toward the front door of Soons to get something to eat. (See Exhibit B)

15.     Defendant MATTHEW J. O'CONNELL called Claudia Marie Lee to come back to the automobile as he was standing at the front of it and asked to see a driver's license and registration, stating that he wanted to see what I have wrong.  After Claudia Marie Lee presented O'CONNELL with the requested documents, O'Connell handed me a Ticket for expired Registration Tag on Soons property.

16.     On January 23, 2017, Claudia Marie Lee mailed back the WTC Defendants Ticket #2F236K2GLX back with proof of Registration renewal via Certified Mail #701603400000529-57302 received by the WTC Defendants on January 25, 2017 at 12:50 pm. (See Exhibit C)

17.     On April 17, 2017 Claudia Marie Lee submitted a Notice & Declaration of MOTION TO DISMISS with my Declaration of Status, Exhibits and an Affidavit.

18.     On August 20, 2017, the WTC Defendants Suspended the LICENSE of the Plaintiff, Suspended the Registration and issued a Suspension on Plaintiff's personal automobile claiming there was no Auto Insurance coverage in 2017. Contrary to the suspensions Claudia Marie Lee had automobile insurance and Registration all times. (See Exhibit D)

19.     On November 2, 2017, Plaintiff sent the WTC Defendants a DECLARATION OF EXPRESS TRUST because they refused the living woman's right to travel, ignored the fact that a ticket was given on the private property of Soons, and received no response.  (See Exhibit E)

20.     From December 2017 to August 2020, the Complainant contacted by mail several New York State Public officials [Governor Andrew M. Cuomo, NY Attorney General, Gary A. Loeffert-FBI, NYS Commission on Judicial Conduct] for assistance with the Suspensions placed on Plaintiff's personal "Household Goods" automobile by the WTC Defendants violating her right to travel and the United State Constitution, only Governor Cuomo responded.

21.     On December 31, 2020 the State of New York enacted the DRIVER LICENSE SUSPENSION REFORM ACT (hereafter "DLSRA") from 2019, which was to cancel a registration suspension and any suspension(s) it caused. (See Exhibit F)

22.     The enacted the DRIVER LICENSE SUSPENSION REFORM ACT is requiring the Commissioner of the DEPARTMENT OF MOTOR VEHICLES (hereafter "DMV") to remove the registration suspension and any suspension(s) it caused starting April 1, 2021.

23.     April 1, 2021 was the date designated by DLSRA law for removal of all registration suspensions of people from DMV records. The WTC Defendants did not correct Plaintiff's DMV records nor did the Commissioner of the DMV.

24.     As a result of the WTC not following the DLSRA, the following happened:

25.     On October 17, 2021, Plaintiff was stopped by JEAN PAUL ROZENBENZ, RAJESH SHARMA, and AHMAD Y. OTHMAN and arrested by the NYPD defendants while traveling in her personal "Household Goods" automobile from food shopping on the west side of Broadway between 142nd and 143rd Streets.

26.     Plaintiff was in her personal "Household Goods" automobile as JEAN PAUL ROZENBENZ came over requesting a license, registration and insurance and when he came back to the auto he pointed to and discussed his camera as the stop being recorded. A few minutes later RAJESH SHARMA and Lieutenant AHMAD Y. OTHMAN came over and three armed police officers arrested and searched the Plaintiff; SHARMA said Plaintiff was under arrest and used double handcuffs with my hands behind my back exerting unreasonable amount of brute force and then demanded and forced me into their police vehicle #3634.  ROZENBENZ filmed the entire ride to the 30th Precinct. Upon arrival, my right knee hit a black steal bar in the Police Vehicle as I tried to exit their car. At the 30th Precinct, Plaintiff was searched again by a female police officer, who repeatedly said Plaintiff was a criminal and Plaintiff was questioned by the Desk Sargent. SHARMA placed Plaintiff in a dirty very cold cell and handcuffed Plaintiff to a metal bench for about 4 hours. SHARMA finger and palm printed Plaintiff and ROZENBENZ took two mugshots. OTHMAN authorized the search and seizure of Plaintiff personal "Household Goods" automobile with another police officer(s) and not only was Plaintiff's belongings tossed, but two items I kept in my auto were missing.  Plaintiff's right to travel was violated as the NYPD would not allow me to travel in my personal non-commercial automobile.  Plaintiff had to find a licensed driver to move her auto and park it because the NYPD seized it and parked it at their 30th Precinct. Five hours later at home, Plaintiff saw her right knee was bleeding and swelling.  (See Exhibit L)

27.    At no time during the stop did Plaintiff show any resistance or disrespect or aggression to the three-armed police officers acting like criminals with guns engaging in police brutality.

28.    On October 18, 2021, as a result of Plaintiff's injuries and feeling severe pain in my right knee, Plaintiff went to the N.Y. Presbyterian Medical Center Emergency Room located at 622 West 168th Street in Manhattan, NY 10032, for doctors to address my swollen and injured right knee. (See Exhibit P)

29.    On November 5, 2021, Plaintiff learned Defendant ROZENBENZ stated to the Criminal Court on 10/18/21 that WTC Defendants stated the license was suspended for failure to answer a summons and I did answer in writing. Plaintiff also learned ROZENBENZ falsified the location of the stop; ROZENBENZ said it was at 145th street and it was not.

30.    On November 3, 2021 and November 18, 2021, Plaintiff wrote to the DMV COMMISSIONER, MARK J.E. SCHROEDER, regarding the Suspension for auto insurance and the removal of suspension(s) according to the DLSRA not being honored by the WTC Defendants.  (See Exhibit G)

31.    MARK J.E. SCHRODER refused to remove 2017 auto insurance Suspensions and said to contact the TOWN OF WAWAYANDA to do it.  Plaintiff did and also contacted SHAWN R. O'CONNOR and the WAWAYANDA TOWN COURT and no one responded.

32.    On December 1, 2021, March 18, 2022, April 30, 2022, May 9, 2022, November 17, 2022, and December 15, 2022, Plaintiff contacted WTC Defendants by mail and asked them to remove the suspension as per DLSRA law. WTC Defendants did not respond to any of Plaintiff's multiple requests to remove the suspensions according to the New York State DLSRA Law.

33.    On December 2, 2021, Complainant mailed the WTC Defendants an AMENDED DECLARATION OF EXPRESS TRUST with a copy of the indorsed Ticket #2F236K2GLX and four attachments, one being A7463B [insurance suspension] by Certified Mail #70201290-000003570877 received by the WTC Defendants on 12/7/21 at 11:33 am.

34.    On January 14, 2022, Judge Eric Schumacher of the NEW YORK CRIMINAL COURT held a hearing and dismissed all charges and sealed the case of the October 17, 2021 arrest. Judge Eric Schumacher gave Plaintiff a Certificate of Disposition # U-000014258-N and directed Plaintiff to take it to the DMV and tell them to remove all suspensions and allow Plaintiff to

renew the License. Plaintiff went to the DMV at 5 West 125th Street, Plaintiff had DMV Reservation Reference #110718891115 and showed Certificate of Disposition and advised DMV Supervisors, Ms. Wise and Ms. Bradley, what the Judge said to do and they both refused.

35.     The DMV Supervisors, Ms. Bradley and Ms. Wise, directed Plaintiff to write a letter to the DMV LEGAL DEPARTMENT in Albany, NY. On January 28, 2022, Plaintiff sent a FOIA request for the names of the lawyers in the Legal Division and the DMV wrote back on February 8, 2022 stating they would not name them. (See Exhibit I).

36.     On March 18, 2022, Plaintiff mailed a Notice of Claim, Claim Schedule and Invoice to the WTC Defendants by Certified Mail #70211970000026317976 received and signed for by N. PROSA at 11:31 am on March 21, 2022. Two additional notices were sent. (See Exhibit J)

37.     On July 11, 2022, Plaintiff went to the N.Y. Presbyterian Hospital Emergency Room for heart and neck pains related to constant Police harassments of stoking and taunting when Plaintiff left her home to travel anywhere. If Plaintiff needed to take a bus, the police would park at the bus stop until the bus comes and then leave; if Plaintiff goes to a medical visit, the police park outside the office until my visit is finished.  Once Police block my path with their vehicles at the cross walk of 145th Street and they also got an ambulance to harass me with the lights and sirens, together blocking my path at both Broadway and 145th Street as I walk down Broadway and when I tried to walk around them I almost got hit by the M19 bus!  My list of the NYPD harassments was sent to the Internal Affairs of the NYPD. (See Exhibit K)

38.     On November 21, 2022, Plaintiff contacted NYPD Internal Affairs, 315 Hudson Street, New York, New York 10013, with a written summary of the Police harassments, taunting and stalking that started on January 23, 2017, the day Plaintiff renewed the auto registration. Various NYPD Police follow Plaintiff with their cars, when Plaintiff left home. NYPD Police would get out of their cars and walk across Plaintiff's path almost hitting Plaintiff with their body. Two NYPD Hispanic officers, one male and one female diagonally blocked and stopped a M4 Bus at Broadway and 135th Street that Plaintiff was travelling on, POLICE got on the bus and stared in Plaintiff's face and announced twice, "Is anybody on this bus causing a problem?"

## V.    CLAIMS FOR RELIEF

### First Cause of Action  - Right to Travel
(Against All Defendants)

Violation of the **New Hampshire House Bill 1778-FN-A-LOCAL Revised 2/15/2018** "defined
by current RSA 382-A:9-109, as "household goods" and "consumer goods" not for commercial
use or for profit or gain." 261:40 **Right to Travel Sections I (a),(c),(e) and III; U.S.
Constitution, Article IV, Section 1**, known as the "Full Faith and Credit Clause, requires each
state to recognize the laws, judicial decisions, and public records of the other states," **14th
Amendment, Section 1** "...No state shall make or enforce any law which shall abridge the
privileges or immunities of citizens ..." and the **Bill of Rights, Amendment IX, Rights
retained by the People**, "...certain rights shall not be construed to deny or disparage others
retained by the people."

39.    On January 21, 2017, at 3:39 pm, Officer MATTHEW J. O'CONNELL issued a traffic
ticket on private property violating Plaintiff's right to non-commercial travel in her personal
"Household Goods" automobile on private property. O'CONNELL wrote up a traffic ticket for
expired registration in front of Soons Apple Orchard, 23 Soons Circle, New Hampton, New
York. O'CONNELL stopped Plaintiff from going inside the orchard store as Plaintiff was
walking on the porch toward the front door. Plaintiff's right to travel extends to being on private
property.

40.    On January 23, 2017, Plaintiff renewed the Registration and sent a copy to the
WAWAYANDA TOWN COURT, who held trial six months later and created three suspensions
violating the Plaintiff's right to travel in Plaintiff's non-commercial personal "Household
Goods" automobile. Plaintiff requested Court by Mail and mailed several letters to the Clerk of
Court, who never responded. NYS Police O'CONNELL operates with Commercial Drivers and
Commercial Licensing, which the Plaintiff has never been. (See EXHIBIT P)

41.    On August 20, 2017, SHAWN R. O'CONNOR, WAWAYANDA TOWN COURT, and
TOWN OF WAWAYANDA Suspended the LICENSE of the Plaintiff for receiving an expired
registration ticket on the private property of Soon Apple Orchard, New Hampton, NY 10958.
Plaintiff renewed the auto registration on January 23, 2017 and sent copy to the WTC
Defendants. Plaintiff  submitted Motion to Dismiss and SHAWN R. O'CONNOR ignored the
fact of Plaintiff being on the private property of Soons Apple Orchard and receiving a traffic
ticket. The WTC Defendants suspended the Registration, suspended the License and put a

suspension on the Plaintiff's personal automobile for Auto Insurance by their Suspension #6452955B falsely claiming Plaintiff did not respond. Plaintiff responded in writing to their Notice of Suspension as a Non U.S. Citizen. Six months later WTC Defendants violated the Plaintiff's right to travel in her personal non-commercial "Household Goods" automobile on private property, streets, roads and highways. SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT, the TOWN OF WAWAYANDA and NYS Police operate with Commercial Drivers and Commercial Licensing, which the Plaintiff has never been.

42.     On October 17, 2021, NYPD Officers ROZENBENZ, SHARMA and Lieutenant OTHMAN violated Plaintiff's right to travel in her personal non-commercial "Household Goods" automobile by stopping Plaintiff stating SHAWN R. O'CONNOR, WAWAYANDA TOWN COURT and the TOWN OF WAWAYANDA created three suspensions that ROZENBENZ used to arrest Plaintiff and violate Plaintiff's right to travel in Plaintiff's personal non-commercial "Household Goods" automobile. SHARMA double handcuffed Plaintiff and demand Plaintiff get in the back seat of their police vehicle; Plaintiff's right knee got injured exiting from the police vehicle. At the 30th Precinct, SHARMA finger printed Plaintiff, ROZENBENZ took mugshots and gave Plaintiff a summons to Criminal Court and three traffic tickets in Manhattan, NY violating Plaintiff's right to travel as laws stated above. NYPD Officers ROZENBENZ, SHARMA, OTHMAN and NYPD JOHN DOE 1-10 operate with Commercial Drivers and Commercial Licensing, which the Plaintiff has never been.

<u>**Second Cause of Action - Search and Seizer**</u>
(Against All NYPD Defendants, all JOHN DOE 1-10)

Plaintiff's rights were violated by demanding her out of her personal "Household Goods" automobile, violating **U.S. Constitution, Bill of Rights, Fourth Amendment**, and **The Fourteenth Amendment, Section 1**

43.     On October 17, 2021 NYPD Defendants, ROZENBENZ, SHARMA and Lieutenant OTHMAN violated Plaintiff's right to travel in her personal "Household Goods" automobile by arresting Plaintiff in Manhattan, NY. Plaintiff spoke out about the arrest and seizure before being handcuffed but Lieutenant OTHMAN told Plaintiff he did not want to hear what she had to say. Because SHAWN R. O'CONNOR, WAWAYANDA TOWN COURT, and TOWN OF WAWAYANDA created 2017 suspensions and failed to remove them according to DLSRA,

NYPD Police seized Plaintiff's automobile from her on Broadway. A 30th Precinct female police officer physically searched Plaintiff's body while Officers ROZENBENZ and SHARMA took and searched all Plaintiffs' personal possessions then SHARMA handcuffed Plaintiff to a metal bench. SHARMA finger printed Plaintiff and ROZENBENZ took mug shots of Plaintiff. OTHMAN seized and searched Plaintiff's personal automobile without Plaintiff's permission or Court Order.  NYPD Police took Plaintiff's automobile keys from her possession for hours while OTHMAN authorized another police officer to seize it and search all locked areas of Plaintiff's personal auto, then NYPD JOHN DOE 1-10 drove Plaintiff's "Household Goods" automobile to their 30th Precinct police station impound area. Plaintiff had to appear in the Criminal Court City of New York on November 5, 2021.

### Third Cause of Action - Emotional and Physical Injury and Misconduct
(Against All Defendants)

Plaintiff's rights to travel were violated causing physical injury violating the **New Hampshire House Bill 1778-FN-A-LOCAL** Revised 2/15/2018, **U.S. Constitution, Driver License Suspension Reform Act, Bill of Rights, Fourteenth Amendment, Section 1**

44.     On January 21, 2017, at 3:39 pm in front of Soons Apple Orchard, NYS Police Officer MATTHEW J. O'CONNELL wrote a traffic ticket on private property for an expired registration tag as Plaintiff was traveling from an immediate family member's funeral.  O'CONNELL showed no respect for a family tragic loss and he never in six years acknowledged before the WTC that he wrote that traffic ticket on private property. O'CONNELL caused Emotional and substantial injury to the Plaintiff by having SHAWN R. O'CONNOR, WAWAYANDA TOWN COURT, and TOWN OF WAWAYANDA impose six years of emotional injury violating Plaintiff's right to travel in her personal "Household Goods" automobile, depriving Plaintiff's life with her family and the start of six years of NYPD police harassments and misconduct toward the Plaintiff within two days of receiving that ticket.

45.     On August 20, 2017, NYS Police Officer, MATTHEW J. O'CONNELL, again did not inform SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT, or the TOWN OF WAWAYANDA that he wrote a traffic ticket in front of Soons Apple Orchard on private property. Plaintiff told Defendants that fact and they ignored her.  O'CONNELL allowed O'CONNOR, the WTC, and TOWN OF WAWAYANDA to make three 2017 DMV Court

suspensions giving Police the right to ticket, arrest, and harass the Plaintiff in her personal non-commercial "Household Goods" automobile or walking down the street violating Plaintiff's life, liberty, and pursuit of happiness.  O'CONNELL caused substantial injury in stopping personal use of Plaintiff's automobile, causing emotional injury where Plaintiff was not able to travel to her family for six years and was unable to travel to her needed personal health visits.

46.     On August 20, 2017, SHAWN R. O'CONNOR, WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA Ordered Suspension of the License of the Plaintiff's personal non-commercial automobile for Auto Insurance based on the traffic ticket written by MATTHEW J. O'CONNELL on Soons Apple Orchard's property. The WTC Defendants for over six years told DMV and Traffic Police on their computers to stop and give Plaintiff tickets for all their traffic ordered suspensions causing six years of emotional harm and caused substantial injury depriving Plaintiff from her family in their time of medical need, stopping Plaintiff from personal travels that she does every week and keeping Plaintiff from personal travel for family goals, causing years of emotional injury, which violated Plaintiff's right to non-commercial travel – stopping Plaintiff from living her life as she sees fit and doing her personal tasks in her automobile as needed for over six years. Stopping Plaintiff from helping her ill family members.

47.     On October 17, 2021, at 10:05 am, Plaintiff was stopped on Broadway between 142nd and 143rd Streets by NYPD Officers ROZENBENZ, SHARMA and Lieutenant OTHMAN, who violated Plaintiff's right to non-commercial travel in her personal "Household Goods" automobile by arresting Plaintiff and giving Plaintiff a Desk Appearance Ticket to NY Criminal Court causing Emotional harm and physical injury to my right knee, because of SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT and the TOWN OF WAWAYANDA's 2017 suspensions gave NYPD Officers the right to stop Plaintiff's personal non-commercial automobile travels causing misconduct and substantial emotional injury.   NYPD Officers unlawfully searched and seized the automobile from Plaintiff's possession causing emotional injury as she was handcuffed, and arrested.  Upon exiting NYPD Vehicle, Plaintiff's right knee was injured and bleeding causing physical injury. (See Photo)  On 10/18/21 Plaintiff's knee was sore and swollen so she went to the emergency room at New York Presbyterian Hospital, 630 West 168 Street, Manhattan, NY.  NYPD ROZENBENZ, SHARMA and Lieutenant OTHMAN

violated their police oaths of serve and protect, the laws stated above and caused physical and emotional injury to Plaintiff. (See Exhibit M)

### Forth Cause of Action – Laws Violated
(Against All Defendants)

The **U.S. Constitution - Article IV, Section 1, Bill of Rights - Amendment IX,** Rights retained by the People, **Fourteenth Amendment - Section 1,** the **New Hampshire House Bill 1778-FN-A-LOCAL** Revised 2/15/2018 - **Right to Travel Sections I (a),(c),(e) and III, DRIVER LICENSE SUSPENSION REFORM ACT** - 74630B enacted December 31, 2020 that cancels the Suspension(s) effective April 1, 2021.

48.     On August 20, 2017, SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT, the TOWN OF WAWAYANDA and MATTHEW J. O'CONNELL violated Plaintiff's right to travel in her personal automobile by Suspending the Plaintiff's LICENSE, Suspending the Registration and Suspending the Plaintiff's personal automobile for Auto Insurance by their DMV Traffic Court false claim Plaintiff is commercial Driver under Traffic Vehicle Codes. The WTC Defendants ignored all written statements, affidavit(s) Plaintiff submitted and made about MATTHEW J. O'CONNELL serving a traffic ticket to her at Soons Apple Orchard, private property. The WTC Defendants made false statements of Plaintiff not responding to the traffic ticket or hearing and violated all Laws stated above for six years.

49.     On November 2, 2017, Plaintiff mailed a DECLARATION OF EXPRESS TRUST and gave directives to settle the matter and dismiss the case by mail to SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT, and TOWN OF WAWAYANDA at 80 Ridgebury Hill Road, Slate Hill, NY. The WTC Defendants did not respond violating the Law of Trusts and continued disregard of Plaintiff's right to travel and all the laws stated above for six years.

50.     On April 1, 2021, SHAWN R. O'CONNOR, WAWAYANDA TOWN COURT, and TOWN OF WAWAYANDA did not correct the Plaintiff's DMV records removing the Suspensions as required according to the State of New York enacted DRIVER LICENSE SUSPENSION REFORM ACT into Law (hereafter "DLSRA").  Plaintiff was given a ticket on private property and submitted a Motion to Dismiss.  Plaintiff had constant communication with the Defendants by Certified Mail requesting Court by mail in 2017; hence, the WTC Defendants violated the DLSRA and refused to respond regarding any law stated above. The Commissioner

of the DMV requested for the WTC Defendants to remove the suspensions, which they ignored violating the State Law, DLSRA, and all laws stated above.

51.     On October 17, 2021, JEAN PAUL ROZENBENZ, RAJESH SHARMA, and AHMAD Y. OTHMAN violated Plaintiff's right to travel in her personal "Household Goods" automobile by arresting Plaintiff and having her arraigned in the Criminal Court of the City New York.  Due to the DLSRA, that case was dismissed and sealed. NYPD Officers violated all laws stated above.

## V.     PRAYER FOR RELIEF

For these reasons, plaintiff asks for judgment against all Defendants for the following:

A.     Settled this matter without prejudice, for the aforementioned reasons and Plaintiff to receive a Court Order to stop Police and DMV Courts from violating her right to travel in a non-commercial personal "Household Goods" automobile, and

B.     Order SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT, and the TOWN OF WAWAYANDA Defendants to institute and carry out the termination of the suspensions that the law states such should be removed and any additional suspensions, fees created by the registration suspension that violate the laws stated herein, and

C.     Order Defendants to make whole Plaintiff's affected vested rights by their unlawful acts and employment practices based on the retaliations described above, by providing appropriate compensation in the amount of twenty million, one hundred forty-three thousand, six hundred dollars ($20,143,600.00) as no other restitution is available and other further relief necessary to eradicate the effects of Defendant's unlawful acts and employment practices based on ignoring Plaintiff 's rights under the U.S. Constitution, Article IV, Section 1, Plaintiff's right to travel under New Hampshire House Bill 1778-FN-A-LOCAL-Right to Travel Sections I (a),(c),(e) and III, the Bill of Rights - Amendment IX, NY State law: DRIVER LICENSE SUSPENSION REFORM ACT and the TOWN OF WAWAYANDA Defendants not doing as DEPARTMENT OF MOTOR VEHICLES Commissioner requested in 2021, and

D.      Prejudgment and post judgment interest, and

E.      Order Defendants to pay Plaintiff punitive damages for physical and emotional harm and first amendment rights in amounts to be determined at trial, and

F.      Grant such further equitable relief as the Court deems necessary and proper, and

G.      Award Plaintiff the cost of this action, and

H.      Plaintiff demands for her right to travel to be honored if TOWN OF WAWAYANDA Defendants and/or DMV continues to refuse to renew the license; Plaintiff request an Order granting use of a U.S. Passport, State I.D. card or other Photo ID showing her name, address, etc. under Notary to use as identification for personal traveling in her "Household Goods" automobile, a rental automobile, air plane, train or boat travel.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiff, Claudia Marie Lee, asserts her rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

"I declare under penalty of perjury under the laws of the United States of America and that the foregoing is true and correct pursuant to 28 U.S.C. Sec. 1746(1).

Executed on ___9th___ day of ___August___ in the year of our Lord Yahweh Two Thousand and Twenty-Three A.D., and

Without Prejudice, All rights reserved

By: _Claudia Marie Lee, Beneficiary_
Claudia Marie of the family Lee, State Citizen of New York

STATE OF NEW YORK          §

NEW YORK COUNTY            §

## AFFIDAVIT OF CLAUDIA MARIE LEE

On this day, Claudia Marie Lee, a State Citizen, appeared before me, the undersigned notary public.  The woman, who appeared before me, acknowledged that she signed this instrument and the facts stated in this affidavit are within her personal knowledge and are true and correct.

She wrote this complaint due to a DMV Traffic Court and police violating her right to travel, the U.S. Constitution and the Driver License Suspension Reform Act.

~~Claudia Marie has personal knowledge because she is the woman who experienced the~~ above stated violations of her rights to life, liberty and property usage for the past six years.

Respectfully submitted, all rights reserved without Prejudice.

Dated: August 9th, 2023          By: *Claudia Marie Lee, Beneficiary,*
                                                 for CLAUDIA MARIE LEE
                                                 c/o Post Office Box 250523
                                                 Manhattan, New York  [10025]

SWORN TO and SUBSCRIBED before me by Claudia Marie Lee on Aug. 9th, 2023

_____
Notary Public in and for
the State of New York

_____2·27·25_____
My appointment expires

[Notary seal: MARIO CORONA, NOTARY, NO. 01CO6354977, QUALIFIED IN NASSAU COUNTY, COMM. EXP 02-27-2025, PUBLIC, STATE OF NEW YORK]

Copy to:  TOWN OF WAWAYANDA
          SHAWN R. O'CONNOR
          WAWAYANDA TOWN COURT
          80 Ridgebury Hill Road, Slate Hill, New York 10973

          MATTHEW J. O'CONNELL, NEW YORK STATE POLICE
          55 Crystal Run Road, Middletown, New York 10941

          JEAN PAUL ROZENBENZ, RAJESH SHARMA, AHMAD Y. OTHMAN, NYPD
          451 West 151st Street, New York, New York 10031

# List of Exhibits

|  |  | Pages |
|---|---|---|
| Exhibit A | Claudia Marie Lee State Citizen Status, Proof of submission | 1 |
| Exhibit B | 1/21/17 family Obituary service for Raymond A. McKeiver | 1 |
| Exhibit C | 2017 proof of delivery of Ticket with Inspection Renewal Report | 2 |
| Exhibit D | Defendants Suspensions and Auto Insurance Suspension | 3 |
| Exhibit E | DECLARATION OF EXPRESS TRUST | 2 |
| Exhibit F | DRIVER LICENSE SUSPENSION REFORM ACT | 3 |
| Exhibit G | Correspondence with DMV Commissioner | 4 |
| Exhibit H | removed. | |
| Exhibit I | FOIL REQUEST to DMV Legal Department and 2/8/22 response | 2 |
| Exhibit J | AMENDED Notice of Claim to WTC Defendants | 6 |
| Exhibit K | NYPD Internal Affairs written Complaint | 6 |
| Exhibit L | NYPD Video Camera Request | 1 |
| Exhibit M | Copy of one of 3 Medical Bills for injury to my Right Knee | 1 |
| Exhibit N | Right to Travel Law - RSA 382-A:9-109, RSA 261:40, RSA 382-A-9;102 | 2 |
| Exhibit O | Affidavit of Memorandum of Facts of Law | 2 |
| Exhibit P | Definitions: Driver according to law 29 CFR 782.3, Interstate commerce | 1 |

## PHOTO

| Exhibit Q | 10/17/21 photo of Claudia Marie Lee's injured Right Knee. | 1 |
|---|---|---|

**Total Exhibit Pages:  37**

<u>CERTIFICATE OF SERVICE</u>

       I certify that I sent a true and correct copy of this Complaint to each Defendant listed below by the method required by this Federal Court indicated under the Defendant's name(s).

TOWN OF WAWAYANDA
80 Ridgebury Hill Road, Slate Hill, New York 10973

By U.S. Marshall Processor on this _____ day of _____, 2023.

WAWAYANDA TOWN COURT
SHAWN R. O'CONNOR
80 Ridgebury Hill Road, Slate Hill, New York 10973

By U.S. Marshall Processor on this _____ day of _____, 2023.

MATTHEW J. O'CONNELL
NEW YORK STATE POLICE
55 Crystal Run Road, Middletown, New York 10941

By U.S. Marshall Processor this _____ day of _____, 2023.

NEW YORK CITY POLICE DEPARTMENT
One Police Plaza, Unit 152-A, New York, New York 10038

By U.S. Marshall Processor this _____ day of _____, 2023.

JEAN PAUL ROZENBENZ, P.O.
RAJESH SHARMA, P.O.
NEW YORK POLICE DEPARTMNET - 30TH Precinct
451 West 151st Street, New York, NY 10031

By U.S. Marshall Processor this _____ day of _____, 2023.

Lieutenant AHMAD Y. OTHMAN
NEW YORK POLICE DEPARTMNET - 30TH Precinct
451 West 151st Street, New York, NY 10031

By U.S. Marshall Processor this _____ day of _____, 2023.

**Exhibit A**

### Affidavit of Service
### To

## SECRETARY OF STATE OF THE UNITED STATES

Claudia Marie Lee, Authorized Representative for CLAUDIA MARIE LEE/CLAUDIA MARIE MARTINO, submitted the following documents to the SECRETARY OF STATE OF THE UNITED STATES:

Declaration of Intention, Nationality, Repudiation, Allegiance and Freehold Estate;

Patent of Nativity; and

Affidavit of Reconveyance.

On January 27, 2023 at 3:23 pm I mailed from P.O. Box 250523, New York, New York 10025 my Declaration of Intention, Nationality, Repudiation, Allegiance and Freehold Estate to The Honorable, SECRETARY OF STATE OF THE UNITED STATES, Antony Blinken, 2201 C Street Northwest, Washington, District of Columbia 20520 via Certified Mail #70211970000026319048.

On February 6, 2023 at 5:58 am, my Certified Mail envelope containing the three documents listed above was picked up from a postal facility and received by Office of the Secretary of State in WASHINGTON,.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on this 8th day of February in the year of our Father, Yahweh, Two Thousand and Twenty-Three A.D.

All Rights Reserved - Without Prejudice

By: _____
Claudia Marie Lee
New York State Citizen

| | |
|---|---|
| New York | ) |
| | ) ss |
| New York | ) |

### Notary

I certify in and for New York that, I know or have satisfactory evidence that Claudia Marie Lee, New York State Citizen, is the woman who appeared before me, and said woman acknowledged that she signed this instrument and acknowledged it to be her free and voluntary act or deed.

Dated this 8th day of February, in the year of our Father, Yahweh, 2023, A.D.

_____
Notary Autograph

Dec 01, 2023
My appointment expires

MAIRA YACQUELIN ADAMES
Notary Public - State of New York
No. 01AD6316650
Qualified in New York County
My Commission Expires 12/01/2026

Declaration of Intention, Freehold Estate, Nationality, Repudiation and Allegiance 2023

Page 5

## Exhibit B

# Obituary

### RAYMOND AUGUSTUS MCKEIVER
September 19, 1950-December 31, 2016



With great sadness Raymond, age 66, passed away at ORMC December 31st, 2016.

Raymond was a retired sergeant at Mid-Orange Correctional Facility. Raymond loved working with his hands and rebuilding cars. He was a very talented man who could fix or make anything. He loved his family and his many friends. He is so missed.

Raymond is survived by his wife Tamarr, his daughter Talia Mae, son Raymond Brent and his wife Angela, his grandson Esteban, his sister Stephanie Stephens and husband Howard, sister, Kathy, Vera, and brother Kenny. He leaves behind many nieces and nephews.

Thank you to all the doctors and nurses at ORMC and Crystal Run Infusion Center; to Dr. Perry – Raymond loved you. Thank you for your kindness during his long term illness.

A memorial service for Raymond will be held Saturday, January 21 at 2 p.m. at Rohobeth Christian Center at 36 North Street, Middletown, NY. Cremation by Applebee McPhillips Funeral Home.

*c. marie lee*

**Exhibit C**

**Facts:  Certified Mail # 70160340000052957302**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: **70160340000052957302**

✓ Delivered

On Time
Updated Delivery Day: **Wednesday, January 25, 2017** ›

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**Available Actions**

Text Updates ⊖

Email Updates ⊖

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 25, 2017 , 12:50 pm** | **Delivered, Left with Individual** | **SLATE HILL, NY 10973** |
| Your item was delivered to an individual at the address at 12:50 pm on January 25, 2017 in SLATE HILL, NY 10973 | | |
| January 25, 2017 , 9:52 am | Out for Delivery | SLATE HILL, NY 10973 |
| January 25, 2017 , 9:42 am | Sorting Complete | SLATE HILL, NY 10973 |
| January 25, 2017 , 9:03 am | Arrived at Unit | SLATE HILL, NY 10973 |
| January 24, 2017 , 3:40 pm | Departed USPS Facility | WHITE PLAINS, NY 10610 |
| January 24, 2017 , 7:02 am | Arrived at USPS Facility | WHITE PLAINS, NY 10610 |
| January 24, 2017 , 12:15 am | Arrived at USPS Origin Facility | NEW YORK, NY 10199 |
| January 23, 2017 , 11:14 am | Acceptance | NEW YORK, NY 10031 |

*"Rural Free Delivery"*

New York, New York  near *[10031]* outside the United States

**Exhibit C -2**

 **STATE OF NEW YORK** 

Page 1 of 1

NYVIP2
State of New York
Vehicle Inspection Program

**VEHICLE INSPECTION REPORT**

Print Date: 1/23/2017 9:16:53 AM     Inspection Date: 1/23/2017 9:10:46 AM     Expiration Date: 01/31/2018     Inspection Type:     Initial Inspection   Version: 16.07.08

| VEHICLE DETAILS | VIN | 16 | MODEL | Accord | FUEL | G |
|---|---|---|---|---|---|---|
| | YEAR | 2002 | PLATE | AHY9732 | WEIGHT | 0 - 8500 lbs |
| | MAKE | Honda | MILEAGE | 64,229 | EIR # | 362944 |

| INSPECTION SUMMARY | Inspection Result | Safety | Emission | Sticker Number | Fee |
|---|---|---|---|---|---|
| | PASS | PASS | PASS | LE: 2184636 | $37.00 |

**Congratulations, your vehicle has passed its annual New York State inspection. Please retain this receipt for your records. You may be required to present this receipt in order to renew your vehicle registration.**

The Result of the inspection will be transmitted electronically to DMV, usually within 24 hours.
**Recall Advisory -** Your vehicle may be subject to a manufacturer's safety recall. To check, go to safercar.gov and enter your vehicle's VIN (Vehicle Identification Number). Safercar.gov will quickly tell you if your vehicle has not been repaired as part of a safety recall in the last 15 years. In case of an open recall on your vehicle, you may visit a local new car dealer who sells and repairs your brand of vehicle to have it repaired at no expense.

**VEHICLE INSPECTION QUESTIONS:**
For additional information please contact the Department of
Motor Vehicles at website address: http://www.dmv.ny.gov.
Or by telephone number: 212-645-5550 or 718-966-6155.



| FACILITY INFO | Inspector Number | NYVIP2 Record Number | Online/Offline | DMV Record Match |
|---|---|---|---|---|
| | 12SH | 261 | Online | V |
| | Facility Number | Facility Name | Facility Phone Number | Analyzer Number |
| | 7113084 | GOALS SERVICE | 2122343204 | NY00001909 |
| | Address | 3260 BROADWAY, NEW YORK | | Name/RO#: |

**GEICO**
geico.com

- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

One GEICO Center-Macon, GA 31295

11/18/2021

# Exhibit D

New York, NY 10031

Policy Number: 0          9

To Whom It May Concern:

This letter is to verify that liability coverage has been in effect for Claudia Marie Lee effective 01/01/2017 to the present with no lapses.

Vehicle(s) covered:  2002 Honda Accord VIN                     16

Please contact us if we may be of further assistance.

Sincerely,

Calista Walden
(800)841-3000
Underwriting Department

*Proof of Auto insurance/financial Security*

Sensitivity: Confidential



| **NEW YORK STATE** | Department of Motor Vehicles | **NOTICE OF DRIVER LICENSE OR DRIVING PRIVILEGE SUSPENSION** |

### Bring this entire SUSPENSION NOTICE with you to the court

07/16/2017

The Department of Motor Vehicles has been notified by the court shown below that, for a period of at least sixty days from the return date, the last adjournment date, or the date a fine/surcharge imposed by the court was due, you failed to appear or to pay the fine/surcharge. Section 510 (4-a) of the New York State Vehicle and Traffic Law authorizes the Commissioner of Motor Vehicles to suspend the driver license or driving privilege of anyone who does not appear in court or pay a fine/surcharge, when required to do so.

To avoid suspension of your driver license, it is recommended that you respond to this notice 7 days prior to the suspension date. We suggest you keep the motorist copy for at least 6 months from the date you answer the ticket or pay the fine/surcharge.

LEE-CLAUDIA,MARIE
NEW YORK NY 100

*Non US Citizen*

POSTAL ID: 114803275

TOWN OF WAWAYANDA
T/J S R OCONNOR
80 RIDGEBURY HILL RD
SLATE HILL NY10973

(845) 355 5706
COURT CODE: 3568

SUSPENSION DATE: 08/20/2017
LICENSE ID NUMBER: 525791318
DATE OF BIRTH:
TICKET NUMBER: 2F236K2GLX
REASON: FLD ANSWER SUMMONS
VIOLATION DATE: 01/21/2017
VIOLATION DESCRIPTION: UNINSPECTED VEHICLE

> **Completed by the Court when violator appears.**
> **Final disposition of the case is not required.**
>
> *I certify that the driver has answered the ticket or paid the fine surcharge and, if required, has paid the scofflaw suspension termination fee.*
>
> _____
> Signature of Magistrate or Clerk of Court
>
> Date    Justice Code

MV-1160.3 (4/17)    **MOTORIST COPY**

DMV is not authorized to terminate a suspension for failure to appear or to pay the fine/surcharge until we are notified by the court that you have paid a $70.00 Scofflaw Suspension Termination Fee, and appeared in court or paid the fine/surcharge. You are not required to pay the Suspension Termination Fee if you appear before the suspension takes effect.

---

LEE,CLAUDIA,MARIE
NEW YORK NY 100

TOWN OF WAWAYANDA
T/J S R OCONNOR
80 RIDGEBURY HILL RD
SLATE HILL NY10973

(845) 355 5706
COURT CODE: 3568

SUSPENSION DATE: 08/20/2017
LICENSE ID NUMBER: 525791318
DATE OF BIRTH:
TICKET NUMBER: 2F236K2GLX
REASON: FLD ANSWER SUMMONS
VIOLATION DATE: 01/21/2017
VIOLATION DESCRIPTION: UNINSPECTED VEHICLE

> **Completed by the Court when violator appears.**
> **Final disposition of the case is not required.**
>
> *I certify that the driver named above has answered the ticket or paid the fine surcharge and, if required, has paid the scofflaw suspension termination fee.*
>
> _____
> Signature of Magistrate or Clerk of Court
>
> Date    Justice Code

MV-1160.3 (4/17)    **COURT COPY**

**Exhibit D**

Auto Ins

**Exhibit E**

## 2002 HONDA ACCORD EXPRESS TRUST

### DECLARATION OF EXPRESS TRUST
Established November 2, 2017
RE190609078US-28-CML-05

This Express Trust is made this 2nd day of November, 2017, serves as a Declaration of Express Trust and shall continue for a term of (25) Twenty-Five years from this date between the Settlor, Claudia Marie: Lee, Private Owner of 2002 Honda Accord VIN1HGCF86682A080216 (and any other personal home goods automobile Settlor purchases beyond 2017) and Trustee(s) of the WAWAYANDA TOWN COURT: SHAWN R. O'CONNOR, Acting as Judge hereby known as the first Trustee and Agent, BETSY SEABRIGHT, DEANNA SCHLEICH, PAT POMPOSELLO, Acting as Court Clerks and Agents, hereby known as the Second, Third and Fourth Trustees and Agents, and M. J. OCONNELL, Acting as NEW YORK STATE POLICE OFFICER, ORANGE COUNTY, NEW YORK, hereby known as the Fifth Trustee and Agent for WAWAYANDA TOWN COURT, 80 Ridgebury Hill Road, Slate Hill, NY 10973-0363.

WHEREAS, Claudia Marie: Lee, Settlor and Beneficiary, notified the WAWAYANDA TOWN COURT on January 22, 2017 (via Certified Mail #7016034000052957302) of the Trustee's lack of jurisdiction over her private home goods property known as Honda Accord automobile, which she uses to travel on roads, streets and highways. Claudia Marie did not accept the courts offers and does not consent to the proceedings of the court. None of the named Trustees above responded back administratively to any letters or notices they received under Affidavit by Claudia Marie. Only further Contracts were sent to Settlor coercing her to Contract. All Contracts were refused and denied by Settlor and returned to WAWAYANDA TOWN COURT.

WHEREAS, Claudia Marie: Lee, Settlor and Beneficiary of 2002 Honda Accord, makes this declaration that she is the owner of her private home goods automobile, Honda Accord, and that she is an American National not subject to any traffic laws associated with the WAWAYANDA TOWN COURT or any of its Agents. Settlor makes this Trust under the **Laws of Equity**, §926 Cases of Express Trusts and **CJS 90 Trusts, Section 173 Purposes of Trust:** Footnote 75 states: "The intent and purpose of the settlor of the trust is the law of the trust."

*Equity will not suffer a wrong without a remedy*

WHEREAS, Claudia Marie: Lee, Settlor and Beneficiary, intent and purpose now deposits the Implied Trust Ticket # 2F236K2GLX and WAWAYANDA TOWN COURT Case No. 17010390.01 – VTL 0306B into an Expressed Trust on Special Deposit.

**DECLARATION OF EXPRESS TRUST**
WAWAYANDA TOWN COURT
Established November 2, 2017
Page 2

*Equity aids the Vigilant, not those who sleep and upon their rights.*
*Equity regards the beneficiary as the real owner*

WHEREAS, Claudia Marie:  Lee, Settlor and Beneficiary, now Sole Beneficiary of the Express Trust gives Order to all Trustees to zero out any and all financial obligation(s) under Trust #RE190609078US-28-CML-05 and to return the property, license in good standing, to the trust and beneficiary.

Any further communication from WAWAYANDA TOWN COURT's Agents must be signed under Oath. Trustees have five (5) days to respond to Settlor's order of the trust's good standing.

Date: *November 3, 2017*   By: *CC. Marie Lee*

Claudia Marie Lee                    American National
Private Woman, Nonresident Alien Individual
Non Commercial Driver
P.O. Box 423
New York, New York  [10031-9998]

Copy to:   The Executive Chamber, Albany, New York
Orange County Sheriff's Office, 110 Wells Farm Road, Goshen, NY 10924

Attached copy of:  NYSDMV Form MV-46 and MV-1160.3

A copy of this Trust serves as the original.

| | |
|---|---|
| STATE OF NEW YORK )   ) | JURAT |
| COUNTY OF NEW YORK ) | |

Subscribed and sworn to before me, a Notary Public, this *3rd* day of *November* 2017, upon satisfactory evidence to the identity of the affiant subscribed and sworn above.

NOTARY PUBLIC                              (Seal)

My Commission expires:

HILDA OBRYAN
Notary Public - State of New York
NO. 01OB6331003
Qualified in New York County
My Commission Expires Sep 28, 2019

**Exhibit F**

# STATE OF NEW YORK

7463--B

2019-2020 Regular Sessions

## IN ASSEMBLY

May 6, 2019

Introduced by M. of A. HUNTER, SAYEGH, DARLING, D'URSO, CRUZ, TAYLOR, GOTTFRIED, SIMON, EPSTEIN, NIOU, JEAN-PIERRE, BLAKE, BARRON, JAFFEE, SEAWRIGHT, GLICK, FRONTUS, WEPRIN, BRONSON, MAGNARELLI, ZEBROWSKI, STECK, FAHY, PERRY, MOSLEY, O'DONNELL, EICHENSTEIN, DICKENS, RODRIGUEZ, WILLIAMS, ARROYO, COLTON, WALCZYK, HYNDMAN -- Multi-Sponsored by -- M. of A. COOK, DE LA ROSA, LENTOL -- read once and referred to the Committee on Transportation -- committee discharged, bill amended, ordered reprinted as amended and recommitted to said committee -- reference changed to the Committee on Codes -- recommitted to the Committee on Codes in accordance with Assembly Rule 3, sec. 2 -- committee discharged, bill amended, ordered reprinted as amended and recommitted to said committee

AN ACT to amend the vehicle and traffic law, in relation to the suspension of a license to drive a motor vehicle or motorcycle

**The People of the State of New York, represented in Senate and Assembly, do enact as follows:**

1 **Section 1.** Subdivision 3 of section 226 of the vehicle and traffic
2 law, as amended by chapter 607 of the laws of 1993, paragraph (a) as
3 amended by section 6 of part J of chapter 62 of the laws of 2003 and
4 paragraph (b) as amended by section 2 of part K of chapter 59 of the
5 laws of 2010, is amended to read as follows:

6 3. Failure to answer or appear; entry of order. (a) If the person
7 charged with the violation shall fail to answer the summons as provided
8 herein **involving a violation of section three hundred eighty-five of**
9 **this chapter,** the commissioner may suspend such person's license or
10 driving privilege or, if the charge involves a violation of section
11 three hundred eighty-five , section four hundred one or section five
12 hundred eleven of this chapter by a registrant who was not the opera-
13 tor of the vehicle, the registration of such vehicle or the privilege of
14 operation of any motor vehicle owned by such registrant may be
15 suspended, until such person shall answer as provided in subdivision two

.....

AN ACT to amend the vehicle and traffic law, in relation to the suspension of a license to drive a motor vehicle or motorcycle

The People of the State of New York, represented in Senate and Assembly, do enact as follows:

1 **Section 1.** Subdivision 3 of section 226 of the vehicle and traffic
2 law, as amended by chapter 607 of the laws of 1993, paragraph (a) as
3 amended by section 6 of part J of chapter 62 of the laws of 2003 and

4  paragraph (b) as amended by section 2 of part K of  chapter  59  of  the
5  laws of 2010, is amended to read as follows:

....

§ 7. **Termination of suspension for failure to appear, answer or pay a**
43 **fine. a. Within three months of the effective date of this section, the**
44 **commissioner of motor vehicles shall terminate all suspensions of**
45 **licenses, privileges to operate a motor vehicle and registrations based**
46 **upon a failure to appear, answer, or pay a fine, penalty or mandatory**
47 **surcharge pursuant to subdivision 3 of section 226, subdivision 4 of**
48 **section 227, or subdivision 4-a of section 510 of the vehicle and traf-**
49 **fic law, in effect prior to the effective date of this section. The**
50 **commissioner of motor vehicles shall waive all fees and fines associated**
51 **with the termination of such suspension,** including but not limited to
52 those described in subparagraph (i) of paragraph (j-1) of subdivision 2
53 of section 503, subdivision 3 of section 514 and paragraph a of subdivi-
54 sion 4 of section 227 of the vehicle and traffic law, as in existence
55 prior to the effective date of this section. Provided, however, that the
56 provisions of this section shall not apply to suspensions imposed pursu-
1 ~~ant to such sections involving violations of section 385 of the vehicle~~
2 and traffic law, or any violation of the tax law or of the transporta-
3 tion law regulating traffic.
4 **b. Upon termination of suspensions pursuant to this section, the**
5 **commissioner of motor vehicles shall give the person whose license**
6 **and/or registration suspension is terminated pursuant to this section a**
7 **written notification by first class mail to the address of such person**
8 **on file with the department of motor vehicles or at the current address**
9 **provided by the United States postal service.** Such notice shall inform
10 such person of the termination of the suspension of their license and/or
11 registration, the date of such termination, that continued failure to
12 answer the violation for which the suspension for failure to answer was
13 originally imposed may subject such person to the entry of a guilty plea
14 on their behalf and the rendering of a default judgment of a fine as
15 well as additional enforcement actions including garnishment of wages
16 and personal property, restraining of bank accounts, and the placing of
17 liens on real property, and that unpaid fines can be entered as a civil
18 judgment for enforcement. Such notice also shall provide instructions on
19 how such person can avoid the imposition of such additional plea,
20 default, and enforcement actions.

21 § 8. **This act shall take effect on the ninetieth day after it shall**
22 **have become a law provided, however, sections two and seven of this act**
23 **shall take effect the first of April next succeeding the date upon which**
24 **it shall have become a law. Effective immediately, the addition, amend-**
25 **ment and/or repeal of any rule or regulation necessary for the implemen-**
26 **tation of this act on its effective date are authorized to be made and**
27 **completed on or before such effective date.**
A. 7463--B 7

BILL NO    A07463B


05/06/2019  referred to transportation
06/13/2019  amend (t) and recommit to transportation
06/13/2019  print number 7463a

# Exhibit F

```
06/19/2019   reference changed to codes
06/19/2019   reported referred to rules
01/08/2020   referred to codes
01/31/2020   amend and recommit to codes
01/31/2020   print number 7463b
07/17/2020   reported referred to ways and means
07/17/2020   reported referred to rules
07/20/2020   reported
07/20/2020   rules report cal.170
07/20/2020   ordered to third reading rules cal.170
07/21/2020   passed assembly
07/21/2020   delivered to senate
07/21/2020   REFERRED TO RULES
07/22/2020   SUBSTITUTED FOR S5348B
07/22/2020   3RD READING CAL.782
07/22/2020   PASSED SENATE
07/22/2020   RETURNED TO ASSEMBLY
12/19/2020   delivered to governor
12/31/2020   signed chap.382
12/31/2020   approval memo.71
```

**Section 7(a) and (b) of A7463B (a.k.a. the Driver's License Suspension Reform Act):** Requires the commissioner, **within 90 days of the enactment of this section to terminate all suspensions of licenses,** privileges to operate a motor vehicle, and registrations suspended as a result of failure to appear, answer, or pay a fine, penalty, or mandatory surcharge pursuant to sections 226.3, 227.4, or 510.4-a, except for suspensions imposed pursuant to violations of section three hundred eight-five of this chapter. Requires commissioner to waive all fees and penalties associated with the terminated suspensions. Requires commissioner to provide notice to all persons whose licenses are terminated pursuant to this provision, notifying them of the termination and available consequences for continued non-payment or non-appearance.

**Dec 31, 2020**                    **approval memo.71**
                                    **signed chap.382**



**Exhibit G**

November 3, 2021

MARK J. F. SCHROEDER, Commissioner
DEPARTMENT OF MOTOR VEHICLES
6 Empire State Plaza
Albany, New York 12228


Mark J. F. Schroeder

**RE: DMV Letter #211103-000015 – 11/3/21- <u>Driver License Suspension Reform Act</u>**

Good day, Mark J. F. Schroeder,

According to the **"Driver License Suspension Reform Act"**, a NY Driver License will no longer be suspended for unpaid fines such as Registration. This law/Act of **June 29, 2021** is not being honored on http//dmv.ny.gov website **("Sorry. There are no results for your search. Please try a different search.")** nor does your NYPD employees know of this approved Act. Why is that?

Why is the name, CLAUDIA MARIE LEE, being denied a Renewal for the DRIVER LICENSE knowing the full signed approval of the **"Driver License Suspension Reform Act"** on **12/31/20**?

I plan to go again to the DMV in Manhattan and inquire about this because the entire corporation, DMV, has no information about the approval of the **"Driver License Suspension Reform Act"**. This Act was in process since 2019, and I believe all your employees should have full knowledge of the ability of this Act. People are getting arrested due to lack of knowledge of this Act by the NYPD and the DMV.

According to the **"Driver License Suspension Reform Act"**, the DEPARTMENT OF MOTOR VEHICLES will automatically be lifting all suspensions of driver's licenses, privileges to operate, and registrations for unpaid traffic fines and fees. Why has this not been done in Manhattan, New York? No one from any DMV office has sent me any information this summer.

**Section 7(a) and (b) of A7463B states** "the commissioner, **within 90 days of the enactment of this section to terminate all suspensions of licenses …".**

I look forward to hearing from you since none of your Associations of the DMV Executive Office has responded to my 2021 letters regarding a **Driver License Suspension.**

By: _C. Marie Lee_
Claudia Marie Lee, Authorized Rep. for CLAUDIA MARIE LEE
State ▓▓▓▓▓▓ Privately Domicil   New Yorker
**All Rights Reserved.**
c/o Post Office Box 423
New York, New York [near 10031]
**NON DOMESTIC**

You will receive a confirmation email with your submission details, including your reference number (#211103-000015) and a link to update your submission. Please check your email junk folders if necessary to make sure you are not blocking emails from us.

7020 1290 0000 0357 0822

Claudia Marie Lee

November 18, 2021                                    **Exhibit G**

**CERTIFIED MAIL #7020129000000357 0822**

MARK J. F. SCHROEDER, Commissioner
DEPARTMENT OF MOTOR VEHICLES
6 Empire State Plaza
Albany, New York  12228

**RE:  DRIVER LICENSE SUSPENSION ORDER #6452955GB, MDW RHD617
BY COMMISSIONER OF MOTOR VEHICLES, NEW YORK STATE
PROOF OF FINANCIAL SECURITY EXISTANCE FROM 2017, ETC.**

Good day, Commissioner Schroeder,

Enclosed is a copy of your 2017 Order suspending the DRIVER LICENSE for LEE, CLAUDIA MARIE.  (2 pages front and back of card Order)

According to the COMMISSIONER OF MOTOR VEHICLES' **Order 6452955GB**, LEE, CLAUDIA MARIE does not have financial security for an automobile corresponding to **Section 318.1(a) and subdivision one-a (1a)** of that section.

Attached is a copy of my private information by **GEICO** regarding proof of auto insurance a.k.a. financial security according to **Section 318.1(a) for 2017.**

Please review your records.  I did have auto insurance in 2017, 2018, 2019, 2020 and 2021 and the COMMISSIONER OF MOTOR VEHICLES Suspended LEE, CLAUDIA MARIE DRIVER LICENSE without cause.

I look forward to receiving a cancellation of DRIVER LICENSE Suspension from your office as soon as possible.

By: _C. Marie Lee_

Claudia Marie Lee, Authorized Representative
for LEE, CLAUDIA MARIE TRUST
**All Rights Reserved**.
c/o Post Office Box 423
New York, New York  [near 10031]

Copy to: _Federal District Court_

Attachments:  Policy Verification from GIECO dated 11/18/21, 1 page;
COMMISSIONER OF MOTOR VEHICLES 2017 Order 6452955GB, 2 pages.

c/o Post Office Box 423
New York, New York [near 10031]



11/24/21

**KATHY HOCHUL**
Governor

**Department of Motor Vehicles**

**MARK J.F. SCHROEDER**
Commissioner

(518) 473-9324

**6 EMPIRE STATE PLAZA • ALBANY, NY 12228**

November 18, 2021

Claudia Marie Lee
PO Box 423
New York, NY 10031

Dear Claudia Marie Lee:

Thank you for your correspondence regarding your New York State driving record.

The Driver License Suspension Reform Act eliminated certain suspensions for Failure to Pay traffic tickets. Suspensions for Failure to Answer traffic tickets were not automatically eliminated by the legislation. The Act also authorized motorists to apply for payment plans for certain traffic ticket fines, surcharges and fees. To learn more, visit our website here https://dmv.ny.gov/tickets/payment-plans.

To address a Failure to Answer suspension, motorists must contact the court of jurisdiction and answer the traffic ticket, either by pleading not guilty and scheduling a hearing or pleading guilty and making payment arrangements with the court.

Your privilege to drive has been suspended for Failure to Answer Ticket #2F236K2GLX. You must contact the court below to resolve this issue:

> Town of Wawayanda
> 80 Ridgebury Hill Rd
> Slate Hill, NY 10973
> Phone: (845) 355-5706

Once the ticket is resolved, the court will notify the New York State Department of Motor Vehicles to update your record.

You also inquired about difficulties you experienced in renewing your driver license. I have been informed that you surrendered your driver license and obtained a Non-Driver ID on October 30, 2017. You are not eligible to renew your driver license because your license expired more than two years ago. Once you have cleared your suspension, you may apply for a learner driver permit to regain your driving privilege. More information about the permit process and requirements are available on our website: https://dmv.ny.gov/driver-license/get-learner-permit.

**dmv.ny.gov**

I hope your future interactions with the DMV reflect our efforts to constantly improve our service.

Sincerely,

Mark J.F. Schroeder
Commissioner
NYS Department of Motor Vehicles

**dmv.ny.gov**

# Claudia Marie Lee, Sui Juris

**Exhibit I**

January 28, 2022

Driver Improvement Unit -- LEGAL DEPARTMENT
NYS DMV
6 Empire State Plaza, Room 336
Albany, NY 12228

### FOIL REQUEST
#### for
#### Full Name of Head of DMV's ALBANY, NY LEGAL DEPARTMENT
#### Full Name of Manager/Supervisor of TRAFFIC VIOLATIONS PLEA UNIT ALBANY

To whom it may concern:

NYS Traffic Tickets/Suspensions are being written unlawfully and laws are being ingored.  For these reasons, I am requesting the full name of the Director, Manager, Supervisor or Head of the Legal Department, Director, Manager of the TRAFFIC VIOLATIONS PLEA.  I am requesting the full names of these persons to address my correspondence to because I am receiving no answers and being harrassed and misinformed.

On Thursday, January 27, 2022, I was informed by Supervisor of Driver Improvement, Caroline, my Certified Mail documents were never received in Albany, New York, etc. and Caroline refused to give me the names of the department heads I am asking for.

Therefore, can your office tell me who in the Legal Department is handeling my case, so I can also write them directly or can you give me the full name and correct address of the Head of the Driver Improvement Unit - Legal Department in Albany, NY.

Thank you for your time in this matter.  I look forward to receiving the full names of the LEGAL DEPARTMENT Head lawyer and the Head of the TRAFFIC VIOLATIONS PLEA UNIT in ten days.

By: _C. Marie Lee_, Beneficiary
Claudia Marie Lee, Authorized Representative
of LEE, CLAUDIA MARIE
P.O. Box 423
New York, New York
Email:  cme3nyc@gmail.com

**The Freedom of Information Law (FOIL)**, Article 6 (Sections 84-90) of the New York State Public Officers Law, provides the public right to access records maintained by government agencies with certain exceptions.

**NEW YORK STATE** | **Department of Motor Vehicles**

6 EMPIRE STATE PLAZA · ALBANY, NY 12228

February 8, 2022

Claudia Marie Lee                                                    **Exhibit I**
P.O. Box 423
New York, NY 10031

RE:    2022-0280

Dear Claudia Marie Lee:

I write in response to a series of Freedom of Information Law requests, which we have numbered 2022-0280 and wherein you ask for the "full name of the Director, Manager, Supervisor, or Head of the Legal Department, Director, Manager of the TRAFFIC VIOLATOINS PLEA, located at P.O. Box 2950, ESP, Albany, New York 12220-0950, the full name of the Head Lawyer of the DRIVER IMPROVEMENT UNIT – LEGAL DEPARTMENT, located at 6 Empire State Plaza, Room 336, Albany, NY 12228."

Your request for the "full name of the Director, Manager, Supervisor, or Head of the Legal Department, Director, Manager of the TRAFFIC VIOLATOINS PLEA, located at P.O. Box 2950, ESP, Albany, New York 12220-0950, the full name of the Head Lawyer of the DRIVER IMPROVEMENT UNIT – LEGAL DEPARTMENT, located at 6 Empire State Plaza, Room 336, Albany, NY 12228" is denied.  You have requested an answer to a question, or list of answers rather than specific documents; the Agency is not required to create a document in response to a FOIL request (POL § 89(3)) and accordingly your request is denied.

If you feel you have been denied access to a record to which you are entitled you may file an appeal in writing within thirty (30) days of the date of this correspondence, addressed to the Department of Motor Vehicles, FOIL Appeals Officer, P.O. Box 2935, Albany, New York 12220-0935.

Sincerely,

FOIL and Subpoena Unit

CERTIFIED MAIL #70211970000026319093 [70211970000026317976, 70211970000026318843]

Claudia Marie Lee
P.O. Box 250523
Manhattan, New York  10025

April 12, 2023

**Exhibit J**

JUDGE SHAWN R. O'CONNOR
WAWAYANDA TOWN COURT
80 Ridgebury Hill Road
Slate Hill, New York  10973

WAWAYANDA TOWN COURT
80 Ridgebury Hill Road
Slate Hill, New York  10973

TOWN OF WAWAYANDA
80 Ridgebury Hill Road
Slate Hill, New York  10973

# RE:  <u>AMENDED</u> <u>NOTICE OF CLAIM</u>

Claimant:     Claudia Marie Lee, Beneficiary of LEE, CLAUDIA EXPRESS TRUST

   Claudia Marie Lee, Beneficiary of LEE, CLAUDIA, submits this AMENDED Claim for TWENTY MILLION, ONE HUNDRED FORTY-THREE THOUSAND, SIX HUNDRED DOLLARS, $20,143,600.00 to the JUDGE SHAWN R. O'CONNOR, WAWAYANDA TOWN COURT, and the TOWN OF WAWAYANDA.

   The WAWAYANDA TOWN COURT located at 80 Ridgebury Hill Road, Slate Hill, New York Ordered a Suspension of Registration, License, and Insurance when the live flesh and blood, breathing sentient woman, Claudia Marie Lee, was traveling home from a family funeral on January 21, 2017 around 3:30 pm, when a NYS Police Officer, MATTHEW J. O'CONNELL, stopped me from walking in the front door of SOONS APPLE ORCHARD and later handed me a Traffic Ticket for expired Registration on private property.  Then in 2021 the WAWAYANDA TOWN COURT was required to send a cancellation of Suspension(s) for Registration Traffic Ticket #2F236K2GLX according to DRIVER LICENSE SUSPENSION REFORM ACT.  The Cancellation of Suspensions was to be sent to the Commissioner of the Department of Motor Vehicles, 6 Empire State Plaza, Albany, New York 12228 per his written request.

   On April 17, 2017, the living woman, Claudia Marie Lee, mailed a Notice and Declaration of Motion to Dismiss the Registration Ticket along with an Affidavit of my status, the U.S. Constitutional laws regarding my right to travel, etc. by Certified Mail #70160340000052957357.  JUDGE SHAWN R. O'CONNOR denied the Motion.  MATTHEW

CERTIFIED MAIL #70211970000026319093 [70211970000026317976, 70211970000026318843]

J. O'CONNELL never told the WAWAYANDA TOWN COURT that he handed me a traffic ticket on the private property of SOONS APPLE ORCHARD, New Hampton, NY 10948.

On October 30, 2017, I applied for renewal and the DMV Agent reached over and grabs the LICENSE from my hand and denied me renewal. I later learned she told the DEPARTMENT OF MOTOR VEHICLES I willingly surrendered the license, which was not true.

On November 2, 2017, I mailed a DECLARATION OF EXPRESS TRUST to the WAWAYANDA TOWN COURT for Ticket No.: 2F236K2GLX naming Fiduciaries as SHAWN R. O'CONNOR and Clerks of Court. As Beneficiary, I gave directives to the JUDGE SHAWN R. O'CONNOR and the WAWAYANDA TOWN COURT, which they failed to follow and the Fiduciaries did not respond and breached the Trust.

On September 18, 2020, I mailed a NOTICE OF EXPRESSED TRUST to the JUDGE SHAWN R. O'CONNOR, WAWAYANDA TOWN COURT for Ticket No.: 2F236K2GLX; I gave directives to the Fiduciaries again and they failed their fiduciary duties.

The WAWAYANDA TOWN COURT was to send cancellation of Suspension according to the New York State Law, DRIVER LICENSE SUSPENSION REFORM ACT, under §7. b. The Law states the WAWAYANDA TOWN COURT was to perform the cancellation 19 days after December 30, 2020 or after April 1, 2021 and submit the cancellation of Suspension for Registration Traffic Ticket #2F236K2GLX to the Commissioner of the DEPARTMENT OF MOTOR VEHACLES in Albany, New York.

On December 30, 2020, all Traffic Courts including the WAWAYANDA TOWN COURT was notified that BILL No. 7463B, the DRIVER LICENSE SUSPENSION REFORM ACT, was enacted by the STATE OF NEW YORK regarding all people who received a Traffic Ticket for Auto Registration for failure to appear, answer or pay a fine.

The DRIVER LICENSE SUSPENSION REFORM ACT canceled the Registration Ticket Suspension LEE, CLAUDIA/ LEE, CLAUDIA, MARIE received for not appearing at the WAWAYANDA TOWN COURT roughly seven (7) months after a Traffic Ticket was issued. According to the law, Section 7 (a) and (b) and Section 8 states that if someone does not show up in traffic court or not pay a fine, that Suspension will be removed according to Law either 19 days after December 30, 2020 or after **April 1, 2021.**

"§ 7. Termination of suspension for failure to appear, answer or pay a fine.
a. Within three months of the effective date of this section, the commissioner of motor vehicles shall terminate all suspensions of licenses, privileges to operate a motor vehicle and registrations based upon a failure to appear, answer, or pay a fine, penalty or mandatory surcharge …"

"b. Upon termination of suspensions pursuant to this section, the commissioner of motor vehicles shall give the person whose license and/or registration suspension is terminated pursuant to this section a written notification by first class mail to the address of such person on file with the department of motor vehicles or at the current address provided by the United States postal service. …"

CERTIFIED MAIL #7021197000026319093 [70211970000026317976, 70211970000026318843]

"**§ 8.** This act shall take effect on **the ninetieth day after it shall have become a law** provided, however, sections two and seven of this act **shall take effect the first of April** next succeeding the date upon which it shall have become a law.  Effective immediately, the addition, amendment and/or repeal of any rule or regulation necessary for the implementation of this act on its effective date are authorized to be made and completed on or before such effective date. ..."

On December 2, 2021, I mailed a DECLARATION OF EXPRESS TRUST – AMENDED to JUDGE SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA for Ticket No.: 2F236K2GLX.  My Amendment Expressed Trust appointed the Fiduciaries and gave Directives to the Fiduciaries under Affidavit.  In all instances they failed their fiduciary duty and they breached the trust.

JUDGE SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA has Breached the Trust in the following ways:

1. Failure for not acknowledging the Trust and Directives stated in the 2017 DECLARATION OF EXPRESS TRUST;
2. Failure for not acknowledging the NOTICE OF EXPRESS TRUST and Directives stated in the 2020; and
3. Breach of Duty in Direct Dealing with the Beneficiary and Breach of Trust (LEE, CLAUDIA M. EXPRESS TRUST dated November 30, 2021;
4. Violation of Oath of Office by Fiduciaries;
5. Unlawful Suspension #6452955B from the DMV what appeared to be from JUDGE SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA that I did not have insurance on my personal automobile insurance from years 2017 to 2023 (Section 318.1(a)).

The WAWAYANDA TOWN COURT, SHAWN R. O'CONNOR and the TOWN OF WAWAYANDA is in violation of allowing a New York State Police Officer to Ticket a living woman on private property, violating my U.S. Constructional rights to travel and placing several Suspensions on my private automobile  stopping me from my right to travel and causing arrests.

The WAWAYANDA TOWN COURT is in Violation of NEW YORK STATE Law, DRIVER LICENSE SUSPENSION REFORM ACT, which cancels the Suspension(s) placed on the Beneficiary's private non-commercial automobile done by JUDGE SHAWN R. O'CONNOR, the WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA.

As a result of the WAWAYANDA TOWN COURT not following The State of New York law prior to **October 17, 2021:**

Three NYPD Officers arrested/kidnapped and manhandled the live Woman Claudia Marie Lee where officer Sharma placed TWO sets of hand cuffs tightly on my wrists behind my back and forced me into the police car #3634. The three wearing guns

CERTIFIED MAIL #7021197000026319093 [7021197000026317976, 70211970000026318843]

as thugs and bullies began to interrogate me, a peaceful none threatening woman, none of the three bullies and no one else thereafter ever read me the required Miranda Right, and

Officer Sharma confiscated all my private personal property possessions, my purse, wallet, keys, and along came LT. OTHMAN. None of the three bullies wore the required COVID-19 face mask, and

At or about 10:15 am Sharma told Officer Rozenbenz to make sure the camera inside the patrol car was facing me in the back seat to watch me. Officer Rozenbenz turned around and held his body camera in place to record me all the way to the police precinct. My auto was left at the scene for another NYPD officer to perform a search of my auto and later drove it to the police precinct; I later learned a nail was put in my front left tire which became flat that week and I had to repair the tire for about $15.00, and

At or about 10:20 am we arrived at the 30th Police Precinct, Officer Sharma began screaming at me to get out of the police car, in an effort to comply with his screaming while having my both hands behind my back double handcuffed very tight, I injured my right knee trying to get out of the police car and went to the hospital the next day (because when I arrived home -- five hours later, I was still bleeding. That NYPD injury left a scar on my right knee), and

Upon arrival at the 30th police precinct an unknown female police officer padded me down and took all my possessions out of my pants pockets, and

Officer Sharma placed me in a dirty very cold cell and handcuffed me to a metal seat for about 4 hours. I asked about having some heat because the heater that was in the cell was blowing only cold air. I was left there in the freezing cold for hours, and

Around noon that day, my fingers were forced fingerprinted, hand printed by Officer Sharma. He came into the holding cell and told me because I am under arrest he must take my prints. Then Officer Rozenbenz took several mug photo shots of my face front and side profile, and

At about 12:30 pm I needed to use the ladies room and was taken to a prison cell filthy dirty toilet and was told by an unknown female officer that I "was arrested and a criminal and was to use that toilet". I refused and was taken back to the cold cell and re-handcuffed to the metal seat, and

After about three (3) more hours I was told I could get my car back if I sign a DESK APPEARANCE TICKET. At around 1:50 PM Claudia Marie Lee, Beneficiary, was released from being held under arrest/kidnapped for total of 220 minutes, and

The Beneficiary appeared on 11/05/2021 at 2:00 PM at 100 CENTRE STREET for the LEE, CLAUDIA to answer a charge under financial instrument M21633005, Serial Number 030-00366, and

CERTIFIED MAIL #7021197000026319093 [70211970000026317976, 70211970000026318843]

LEE, CLAUDIA was arraigned two times in the CRIMINAL COURT OF THE CITY OF NEW YORK and was ordered to appear for a Trial on January 14, 2022. I had to write court papers for this criminal case and several letters to the Court over five months and to date the WAWAYANDA TOWN COURT, JUDGE SHAWN R. O'CONNOR or the TOWN OF WAWAYANDA has not responded regarding the cancellation of Suspension(s), Certificate of Disposition, by the Chief Clerk of the CRIMINAL COURT OF THE CITY OF NEW YORK dated January 14, 2022.

JUDGE SHAWN R. O'CONNOR, The WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA are directly responsible for what happened to Claudia Marie Lee, live flesh and blood, breathing sentient woman, on **April 17, 2017, October 17, 2021, November 5, 2021, and July 27, 2022,** which I was given more tickets for not removing the 2017 Suspensions.

JUDGE SHAWN R. O'CONNOR, The WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA is hereby placed on notice of this claim, legally noticed of these violations of law and their involvement in the arrest of Claudia Marie Lee, Beneficiary. Whether knowingly or unknowingly, the court, therefore, may make no future claim of a lack of knowledge of these violations of law or the court's participation, liability or accountability. It is my intent to pursue any and all legal remedies against any and all participants regarding these fraudulent acts. The bonding companies of those involved will be notified of claims regarding the civil/federal matters.

This **2023 AMENDED** claim is made against the official bond and/or other insurance coverage of JUDGE SHAWN R. O'CONNOR, The WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA and against any and all securities issued against the financial instrument numbers M21633005, D.A.T. No.: 030-00366, T.R.N. 970620, T.R.N. 936338, 2F236K2GLX, and Suspension #6452955B by JUDGE SHAWN R. O'CONNOR, The WAWAYANDA TOWN COURT and TOWN OF WAWAYANDA.

Conduct your court accordingly.

All Rights Reserved,

Prepared and submitted by: *Claudia Marie Lee*

Claudia Marie Lee, Beneficiary for
LEE, CLAUDIA TRUST
LEE, CLAUDIA EXPRESS TRUST
Authorized Representative for CLAUDIA, MARIE LEE
P.O. Box 250523
New York, New York [10025]

Attachments:   CLAIM SCHEDULE – 1 page (sent and received March 1, 2022 by Certified Mail)
Enclosure:       INVOICE #WTC 002-2023 – 1 page  (resending)

Amended Notice of Claim WAWAYANDA TOWN COURT.docx

**CERTIFIED MAIL #70211970000026319093** [70211970000026317976, 70211970000026318843]

## Acknowledgment

New York State          )

                               ss:

New York County        )

    On this, the _12th_ day of _April_, 2023, before me a notary public, the undersigned officer, personally appeared Claudia Marie Lee, known to me to be the woman whose name is subscribed to this letter notice, and acknowledged that she executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_Maira Adams._

Name: _Maira Adams_

MAIRA YACQUELIN ADAMES
Notary Public - State of New York
No. 01AD6315650
Qualified in New York County
My Commission Expires 12/01/2026

Police Harassment 2022 to 2023 Police electronic and Postal Mail harassment

**SUAREZ, ROBERTO**
**<ROBERTO.SUAREZ@nypd.org>**

3:55 AM (58 minutes ago)

to me

January 11, 2023

Lee, Claudia Marie

P.O. Box 250523

**Exhibit K**

Manhattan, N.Y. 10025

Dear Mrs. Lee,

I am sending this Electronic Mail in regard to the complaint you have made to the IAB Command Center. On 10/10/2022 you stated that the Officers harassed you because they stop the bus that you were traveling in. My investigation determined that the officers followed all department rules and regulations. All the officers involved were interviewed about these incidents. The allegations listed on this complaint is Unfounded. If you have any questions you can call me Lieutenant Suarez at the following number (212) 690-8808 or 9293439482.

Sincerely,

Roberto Suarez

Lieutenant

One attachment • Scanned by Gmail

# Claudia Marie Lee, Sui Juris

November 21, 2022          **Exhibit K**

INTERNAL AFFAIRS BUREAU OF THE
NEW YORK CITY POLICE DEPARTMENT
315 Hudson Street
New York, New York  10013
Phone:  212-741-8401
IABRAC@NYPD.ORG – email messages were blocked.

## RE:  Updated:  IAB REF#: 202206542 – original written Complaint

Dear Internal Affairs NYC:

I am the living woman, Claudia Marie Lee, on the land of New York and I have been constantly harassed, stalked, emotionally intimidated and taunted for almost seven years by the POLICE.  I believe they have been able to do this by tracking my cell phone number and my home goods automobile plates when I am traveling in it.

I wrote Police Commissioner Keechant on March 12, 2022 and my letter came back.  I then sent her an email and her office has never responded.

In September 2022, I thought I contacted INTERNAL AFFAIRS when I learned I contacted CIVILIAN COMPLAINT REVIEW BOARD, Eshwarie Mahadeo, Director of Case Management, by mistake and they gave me the above Reference number.  **This is my update**.

The NYPD/DMV and PA NY&NJ target certain people and I am one of the women they did.  The POLICE harassment started in 2017 and is still going on in 2022.  The following six and a half years are some of the most harassing incidents I have had with POLICE in my life:

**On November 5, 2022** at 8:47 am, I was getting calls from unknown numbers not leaving any message.  I answered; a Lieutenant Swaraz of the 30th Precinct said he **intercepted** the document from the CIVILIAN COMPLAINT REVIEW BOARD.  I asked him if he was Internal Affairs and he said, "No".  Then he started interrogating me about one of the incidents he said I had listed to be sent to Internal Affairs.  I told him I needed to get my notes and he gave me his number (929) 343-9482 to call him back.  I did not call him back; I am sending this letter to IA.

On 9/24/22 – coming out of Trader Joes at 3:11 p.m. there were 3 or 4 NYPD OFFICERS to the left of the doorway that started laughing as I was walking out of Trader Joe's crossing Broadway to go into the 72nd Street Subway.  After I went through the turnstile, I believe I saw an undercover POLICE Officer watching me as he looked straight in my face bullying me.

On 9/20/22 at 1:45 pm, two Hispanic NYPD POLICE OFFICERS (one male/one female) parked their cruiser with Emergency Lights Flashing diagonally in front of the M4 Bus Stop located at downtown Broadway and 135th Street.  They got out of their cruiser and boarded Bus #9878 and with bullying looks in my face and stated out loud in the front of the bus "Is anybody on here

# Claudia Marie Lee, Sui Juris

causing a problem?  Is there a problem on this bus?"  The Bus Driver said, "No."  And after a few moments of them staring in my face – they walked off the bus.

The two Hispanic NYPD OFFICERS harassed me by stopping Bus #9878 as I was traveling downtown; they acted as if they wanted to harm me when they looked in my face and stated their questions out loud; They violated their Oath of Office, I believe they tracked me by cell phone, stroked me, found me, harassed and intimidated me.

On **9/9/22** at 3:00 pm, I am at the bus stop waiting for the M11 bus when a Police cruiser No. 3401 or 3601 with Emergency Lights Flashing pulled up in from of a FEDEX truck on Amsterdam Avenue and 109th Street.  They stood there until the M11 Bus was arriving; then they made an illegal left turn crossing over two lanes.  I took an electronic picture of the harassment as I was waiting at the Bus Stop.

On **8/20/22** around 10:35 am, I was walking to a medical appointment uptown on Broadway and two NYPD OFFICERS pull over their Cruiser at 145th Street and got out; one crossed in front of me forcing me to stop as he rudely walked and crossed over my path, he looked at me and gave me a dirty look.  This Hispanic OFFICER disrespected me, harassed me, intimidated me and violated his Oath of Office.  I have never seen him before.

**On July 27, 2022,** at 2:20 pm while I was traveling in my Home Goods automobile home, Six armed  PORT AUTHORITY of NY & NJ OFFICERS and one PA NY&NJ Tow Truck Driver surrounded me as I was travelling from a weekly medical wellness appointment in NJ. At GW Bridge, six POLICE with guns used physiological warfare to torment, harass and traumatize me, which is prohibited by Executive Order and National Security Decision Directive for use on one unarmed living woman; they detained me for over two hours, forced me to get out of my automobile on Route 95, stole my auto from me and impounded my auto in two different NJ locations, stole the plates from the auto, destroyed them and gave me several Tickets that violated my Right to Travel. I was told to walk on Route 95 to get home. I could have been killed on that highway! I could not sleep for weeks after that attack, my eyes still hurt from the blinking lights that surrounded me, I have headaches, my heart hurts and I feel traumatized by POLICE.

**In July 2022**, I believe the 30th Precinct POLICE are tracking me by my cell phone. They find where I am going and park there or harass me on my way to wherever I am going. I went to a MD appointment at Broadway and 150th Street; they parked outside facing the office across the street during my entire medical visit.

**May 14, 2022**, Saturday morning, I was coming from food shopping and an unmarked NYPD black sports car with black windows stopped in the middle of the block on Hamilton Place, then stood on the right, a huge pothole was located on the left side of the street.  As I went around the undercover vehicle, my auto fell into the hole.  The POLICE Officer(s) are working to hurt and harm me in any way possible, which is a violation of their Oath of Office.

# Claudia Marie Lee, Sui Juris

**On May 9, 2022,** I was going downtown via the M4 Bus and POLICE parked their Cruiser at the 138th Street Bus Stop; so I left and walked across the street of Broadway and stood in front of the Pawn Jewelry Store for 15 minutes until the M4 Bus came, they left when the bus arrived.

**On 3/26/22,** Saturday, at 10 am POLICE Car HXL 9607 was following me with Flashing Lights as I was traveling in my auto all the way home as I was coming from BJs Supermarket.

**On January 24, 2022,** I went to renew the auto Registration and POLICE Car #3634/17 followed me to a Registration Station at 155th Street and Adam Clayton Powel and when I left the Station, POLICE Car #3634/17 was waiting on the same block and had their lights flashing; they followed behind me almost all the way home with their lights flashing as I was traveling in my auto.

**On or about November 2021,** a POLICE OFFICER started standing outside the front door of West 142 Street Pharmacy Corp. where I go. One of the employees, Tio, is a witness because he told the Officer they cannot stand at the door blocking people from coming in. So the officer stood in front of the window of the store. I went in after the police moved from the door.

**On 10/17/21** at 10:05 am, while I was traveling from food shopping in my home goods automobile when three NYPD/DMV OFFICERS stopped me and arrested me. SHARMA demanded I get out my auto and he put two sets of handcuffs on me and strategically assaulted me with their POLICE CRUISER in front of the 30th Percent and smiled while they did it!

The three NYPD/DMV OFFICERS violated my Rights as a living woman and my right to travel in an automobile. The POLICE repeatedly called me a criminal when no property was damaged or person was injured. They took my fingerprints and mugshots. When I arrived home hours later, I saw I was bleeding where my knee hit the metal bar of the POLICE Cruiser. I went to the emergency room within 24 hours.

Because of the **10/17/21 arrest**, I ended up in the CRIMINAL COURT OF THE CITY OF NEW YORK and after I told the Judges what laws the DMV POLICE violated [THE DRIVERS LICENCE SUSPENSION REFORM ACT] Judge Eric Schumacher signed Certification of Deposition #CR-025926-21NY and said to me <u>on the record</u> to "**go back to the DMV and tell them to cancel all suspension(s) and to allow me to renew the LICENSE**". <u>DMV refused the Court Certification, the POLICE continue to harass me.</u>

**During the summer of 2021,** when I went to the Post Office on 146th Street, they had a small NYPD Bus parked on the Corner of 145th Street and Broadway near McDonalds Restaurant with the doors wide open and the POLICE were standing outside and looking in my face with an attitude as to say—come on in!

**During the summer of 2021,** when I was coming from the Post Office at 146th Street, there were two ambulances parked – one on each corner of West Broadway and 145th Street and one

# Claudia Marie Lee, Sui Juris

POLICE CRUISER behind the ambulance at the downtown Broadway M4 Bus Stop with all lights flashing and siren blaring. There was no ill person to pick up. I was blocked in. I tried to get away from them and almost got hit by a bus traveling across 145th Street!

**On 1/19/22**, Police Car #3633 was stalking me as I was traveling in my auto.
**On 1/17/22**, POLICE Car #3669/17 was stalking me at 10 am as I was traveling in my auto.

**On January 23, 2017** was the first day of NYPD harassment as I was at a Registration Station on Broadway and 132nd Street getting the renewal and a Police Cruiser parked to my left and started flashing their lights and siren ringing as I was waiting in line to be serviced.

**On January 21, 2017,** I was traveling from my brother-in-law's funeral in Middletown, New York; on my way home I stopped at Soon's Apple Orchard and was given a ticket at the entrance. The NY POLICE OFFICER did not like the fact that I told him the funeral was in the <u>Middletown Record</u> Newspaper and that I have the Right to Travel. According to the Supreme Court of the United States, "Personal Travel" is done by a living woman in her automobile:

In any event, **freedom to travel throughout the United States has long been recognized as a basic right under the Constitution.** "Id., at 630-631," quoting United States v. Guest, 383 U. S. 745, 757-758 (1966). Zobel v. Williams, 457 US 55 - Supreme Court 1982. **"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."** Miranda v. Arizona, 384 US 436 - Supreme Court 1966 at 491. **"The Constitution of the United States is the supreme law of the land, anything in the Constitution or statutes of the States to the contrary notwithstanding, a statute of a State, even when avowedly enacted in the exercise of its police powers, must yield to that law.** No right granted or secured by the Constitution of the United States can be impaired or destroyed by a state enactment". Connolly v. Union Sewer Pipe Co., 184 US 540 - Supreme Court 1902 at 558.

The 5th and 14th amendment of the United States Constitution and the Supreme Court rulings state that a living woman has a **constitutional right to travel** without a license, registration, or insurance.

The above incidents are true to the best of my ability. The NYPD and PA NY&NJ are harming my life, liberty and pursuit of happiness. They are causing me to have all kinds of heart palpitations and pains in my chest and stomach. They are working for me to have a heart attack or stroke. The NYPD and PA NY&NJ are causing me all kinds of unnecessary stress and humiliation. This is why I had to change my phone number. My right to travel is being <u>violated</u>!

Can you tell these POLICE to stop harassing me? Thank you for your attention.

By: _C. Marie Lee_

Claudia Marie Lee, the living woman on the land of New York
Mailing Address: c/o Post Office Box 250523
New York, New York [10025]
Non Domestic
All Rights Reserved

Page 4 of 4
Update my email of this letter was Blocked by your corporation. Hard copy to follow.

# Claudia Marie Lee, Sui Juris

Wednesday, January 11, 2023

INTERNAL AFFAIRS BUREAU OF THE
NEW YORK CITY POLICE DEPARTMENT
315 Hudson Street
New York, New York 10013
Phone: 212-741-8401

### RE: CONTINUOUS HARRASSMENT VIA ROBERTO.SUAREZ@nypd.org

Dear Internal Affairs NYC:

I am Claudia Marie Lee, a private, civilian, State National on the soil of New York, as a non-militant, non-combatant; and I declare that I am not now, nor have I ever been, an enemy to, or an ally of an enemy to the United States.

On November 21, 2022, I contacted your office regarding the harassment I received by the NYPD OFFICERS and ROBERTO SUAREZ. I stated in my letter to you:

"**On November 5, 2022** at 8:47 am, I was getting calls from unknown numbers not leaving any message. I answered; a Lieutenant Swaraz of the 30th Precinct said he **intercepted** the document from the CIVILIAN COMPLAINT REVIEW BOARD. I asked him if he was Internal Affairs and he said, "No". Then he started interrogating me about one of the incidents he said I had listed to be sent to Internal Affairs. I told him I needed to get my notes and he gave me his number (929) 343-9482 to call him back. I did not call him back; I am sending this letter to IA."

Unfortunately, ROBERTO SUAREZ is still harassing me. Today, I learned he got my email address from some POLICE connected record and is now emailing me and harassing me about a date I did not give to you in my 11/5/22 letter. Attached is a print out of what ROBERTO SUAREZ is sending me. ROBERTO SUAREZ intercepts a *CONFIDENTIAL* Complaint addressed to Internal Affairs as if he has a Right to do such. He states he is a POLICE Lieutenant but does that title give him the authority to do such and repeatedly harass me?

I have since blocked him from calling me and he is still harassing me by Mail. Will he be coming to my private home to harass me next? Please stop ROBERTO SUAREZ from harassing me. This is my Second Request.

All rights reserved under Article 1, Section 308; Without Prejudice.

Thank you.

By: _C. Marie Lee_
Beneficiary for CLAUDIA MARIE LEE
P.O. Box 250523
New York, New York 10025

Enclosed: ROBERTO SUAREZ 1/11/2023 letter, 1 page.

IAB LOG # 2022-29576   Inbox ×

**FROMER, MICHAEL** <MICHAEL.FROMER@nypd.org>
to C
Mon, Apr 10, 10:25 AM (8 days ago)

Good morning, this is LT Fromer from the 30th Precinct.  I am writing to notify you I have closed case # 2022-29576 as unfounded.

Lt Michael F. Fromer
NYPD 30th Precinct

# Exhibit L



**CM Lee**
to MICHAEL
Wed, Apr 12, 10:50 AM (6 days ago)

April 12, 2023

**RE:  Officer Sharma, Rozenbenz and  LT. OTHMAN of the NYPD 30th Precinct**

Dear Lt. Michael F. Fromer:

Was your decision to close your I.A. investigation based on the Police Video Camera conversations and actions taken

---

# IAB LOG # 2022-29576

CM Lee <█████████████> Wed, Apr 12, 10:50 AM (6 days ago)

 to MICHAEL   <MICHAEL.FROMER@nypd.org>

April 12, 2023

**RE:  Officer Sharma, Rozenbenz and  LT. OTHMAN of the NYPD 30th Precinct**

Dear Lt. Michael F. Fromer:

Was your decision to close your I.A. investigation based on the Police Video Camera conversations and actions taken toward Claudia Marie Lee, a live flesh and blood, breathing sentient woman, on October 17, 2021 that you saw and heard of the captioned NYS/DMV employees?  Did you see and hear what was said in the Police Cruiser #3634 as I sat crunched over in the back seat transported to the 30th Precinct on the video that Rozenbenz took?

Do you have a copy of either Police Cruisers video dash cameras?

Please send me a copy of all 10/17/21 videos from the Police Stop on Broadway between 142nd Street and 143rd Streets.

As I said to you in front of the female Officer with you, my private home is under renovation and it won't be complete until about May 2023.

Thank you,  By: CM Lee, Beneficiary

Copy to:  INTERNAL AFFAIRS BUREAU OF THE NEW YORK CITY POLICE
              DEPARTMENT
              District Court Southern District of New York

**Exhibit M**

# NewYork-Presbyterian

| ACCOUNT BALANCE |
|---|
| **$3,743.86** |

| STATEMENT OF SERVICES | |
|---|---|
| PATIENT NAME | Claudia M Lee |
| PRIMARY INSURANCE | |
| SECONDARY INSURANCE | No Insurance on File |

| ACCOUNT SUMMARY | |
|---|---|
| TOTAL CHARGES | $3,415.00 |
| TOTAL PAYMENTS & ADJUSTMENTS | $328.86 |
| PAYMENTS SINCE LAST STATEMENT | $0.00 |
| ACCOUNT BALANCE | $3,743.86 |

| DATE | SERVICES DESCRIPTION | CHARGES | PAYMENTS & ADJ. | ACCOUNT BALANCE |
|---|---|---|---|---|
| 10/18/2021 | EMERGENCY ROOM-GENERAL | $2,383.00 | | |
| | RADIOLOGY-DIAGNOSTIC-GENERAL | $1,032.00 | | |
| | NEW YORK STATE SURCHARGE | | $328.86 | |
| | **ACCOUNT BALANCE** | | | **$3,743.86** |
| | **TOTAL ACCOUNT BALANCE** | | | **$3,743.86** |

*Right Knee injury - POLICE Vehical 10/17/21* (handwritten)

To pay your bill by phone, please call at any time. For questions, please call 212-632-7440
Monday through Thursday 8:00 AM to 5:00 PM (EST), or Friday 8:00 AM to 2:00 PM
(EST). PLEASE USE ACCOUNT # 1000907456.

| ACCOUNT BALANCE |
|---|
| $3,743.86 |

## Exhibit N                           Right to Travel Law

"18-2144
03/10

### STATE OF NEW HAMPSHIRE

In the Year of Our Lord Two Thousand Eighteen

**AN ACT relative to registration of commercial motor vehicles and operator's/drivers' licenses.**

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1 **Statement of Purpose.** The general court finds that the authority of the department of safety is limited to only the commercial users of the public ways and that the corporate state employees have, by their silence, failed to fully inform the sovereign people of this state that an automobile has been confirmed by Chief Justice Grimes, in 108 N.H. 386, to be "private property" **defined by current RSA 382-A:9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain.** Further, the courts have found that corporate public servants who ignore their accountability as mandated in Article 8, N.H. Bill of Rights have by their silence and failure to fully inform the sovereign people of the consequences arising from the corporate "offer to contract," is deemed silent deception and inducement by fraud.

2 **Right to Travel.** RSA 261:40 is repealed and reenacted to read as follows:

**261:40 Right to Travel.**

I. For the purposes of this section:

**(a)** **"Automobile"** and "motorcycle" means any self-propelled conveyance used for noncommercial travel upon the public ways.

(b) "Motor vehicle" means any self-propelled conveyance designed and used upon the public ways for profit or gain in business or commerce.

**(c)** **"Household goods"** or **"consumer goods"** has the same meaning as the Uniform Commercial Code found at RSA 382-A:9-102 and shall include an automobile. Automobiles and all noncommercial conveyances shall be exempt from the license and registration required of commercial motor vehicles.

(d) "Operator" or "driver" means one who controls the movement of a conveyance upon the public way for commercial or business purposes.

**(e)** **"Traveler" means one who controls the automobile or other noncommercial conveyance.**

(f)  "Common law" means the sole remedy for any controversy arising from or by the public use of household goods or consumer goods such as an automobile or other noncommercial conveyance.

II.  The department of safety shall provide, at no cost, every noncommercial automobile owner or owner of an other noncommercial conveyance with an appropriate decal imprinted with the words "RSA 382-A:9-109 Exempt."  The division of motor vehicles shall also issue all noncommercial traveler a photo identification card at no cost with the words "RSA 382-A:9-109 Exempt" printed on such identification card.  This identification card is not a contract or a license or instrument that would require compelled performance by the holder and shall provide every law enforcement agency with notice of the holder's exemption from the statutes that are required for the commercial use of the public way for profit or gain.

**III.  The automobile and all noncommercial conveyances are exempt from registration and taxation and the owner of such automobile or noncommercial conveyance are exempt from the requirement of a license that is necessary for commercial use of the public ways.  The owner of the automobile shall be considered to be exercising the common unalienable "Right to Travel on the public right-of-way in the ordinary and lawful pursuit of life, liberty, and the pursuit of happiness."**

….."

https://legiscan.com/NH/text/HB1778/id/1659567

**Exhibit N**

**Exhibit O**

STATE OF NEW YORK     §

NEW YORK COUNTY     §

### AFFIDAVIT OF MEMORANDUM OF ADDITIONAL FACTS

On October 30, 2017 when Claudia Marie Lee went to the DMV for renewal of the license, DEPARTMENT OF MOTOR VEHICLES COMMISSIONER, SCHRODER, did not know the license was aggressively grabbed from Plaintiff's hand by the DMV Clerk at 5 West 125th Street, Manhattan, NY, who gave a false record of the license being surrendered to the DMV, which is what SCHRODER stated as a fact in his letter. The license was expiring in about ten days; Plaintiff had no reason to surrender it. The DMV Clerk verbally claimed the license could not be renewed unless she saw the current license. Then she snatched the license from Plaintiff's hand and told Plaintiff she was not getting it back. Plaintiff reported her to the Supervisor on staff and he gestured by shrugging his shoulders in the way that he did not care.

On October 17, 2021, when Plaintiff tried to speak with NYPD officers about the New York State Law, DLSRA, regarding Registration, etc., Lieutenant AHMAD Y. OTHMAN told the Plaintiff, he did not care about anything Plaintiff had to say. OTHMAN said this in front of ROZENBENZ and SHARMA on Broadway between 143 and 142 Streets.

On October 17, 2021, when Plaintiff's associate received her automobile back from the 30th Precinct Desk Sergeant, there was a nail in the front left tire. Plaintiff had to have that tire repaired as soon as possible because it was going flat. I did not have a flat tire prior to being arrested by NYPD 30th Precinct Police Officers. I had a metal bar in my auto that is missing and I believe one of my books in my trunk is also missing during NYPD's seizure and search.

In May of 2023, I contacted Soons because there were five witnesses to Police Officer MATTHEW J. O'CONNELL driving his police vehicle onto the Soons property and seeing him hand me a traffic ticket. I contacted Soons for witness information; I was cursed out in alphabetic code by a Soons consultant in an email. I told him his response to the traffic ticket being given on Soons property will be submitted into the court. (See attached Exhibit dated May 29, 2023)

Dated: August 9ᵗʰ, 2023

By *Claudia Marie Lee, Beneficiary*
for CLAUDIA MARIE LEE
c/o Post Office Box 250523
Manhattan, New York  [10025]

On this day, Claudia Marie Lee, a State Citizen, appeared before me, the undersigned notary public.  The woman, who appeared before me, acknowledged that she signed this instrument and the facts stated in this affidavit are within her personal knowledge and are true and correct to be best of her ability.

SWORN TO and SUBSCRIBED before me by Claudia Marie Lee on August 9ᵗʰ, 20 23.

Notary Public in and for the State of New York

2.27.25
My appointment expires

MARIO CORONA
NOTARY
NO. 01CO6354977
QUALIFIED IN
NASSAU COUNTY
COMM EXP
02-27-2025
PUBLIC
STATE OF NEW YORK

**Exhibit O**

**AFFIDAVIT OF MEMORANDUM OF ADDITIONAL FACTS** – Page 2 of 2

**Exhibit P**

# DRIVER

29 CFR 782.3

(a) A "driver," as defined for Motor Carrier Act jurisdiction (49 CFR parts 390–395; Ex parte No. MC–2, 3 M.C.C. 665; Ex parte No. MC–3, 23 M.C.C.1; Ex parte No. MC–4, 1 M.C.C. 1), is an individual who drives a motor vehicle in transportation which is, within the meaning of the Motor Carrier Act, **in interstate or foreign commerce**. (As to what is considered transportation in interstate or foreign commerce within the meaning of the Motor Carrier Act, see § 782.7). This definition does not require that the individual be engaged in such work at all times; it is recognized that even full-duty drivers devote some of their working time to activities other than such driving. "Drivers," as thus officially defined, include, for example, such partial-duty drivers as the following, who drive in interstate or foreign commerce as part of a job in which they are required also to engage in other types of driving or nondriving work: Individuals whose driving duties are concerned with transportation some of which is in intrastate commerce and some of which is in interstate or foreign commerce within the meaning of the Motor Carrier Act; individuals who ride on motor vehicles engaged in transportation in interstate or foreign commerce and act as assistant or relief drivers of the vehicles in addition to helping with loading, unloading, and similar work; drivers of chartered buses or of farm trucks who have many duties unrelated to driving or safety of operation of their vehicles in interstate transportation on the highways; and so-called "driver-salesmen" who devote much of their time to selling goods rather than to activities affecting such safety of operation. (Levinson v. Spector Motor Service, 300 U.S. 649; Morris v. McComb, 332 U.S. 422; Richardson v. James Gibbons Co., 132 F. (2d) 627 (C.A. 4), affirmed 319 U.S. 44; Gavril v. Kraft Cheese Co., 42 F. Supp. 702 (N.D. Ill.); Walling v. Craig, 53 F. Supp. 479 (D. Minn.); Vannoy v. Swift & Co. (Mo. S. Ct.), 201 S.W. (2d) 350; Ex parte No. MC–2, 3 M.C.C. 665; Ex parte No. MC–3, 23 M.C.C. 1; Ex parte Nos. MC–2 and MC–3, 28 M.C.C. 125; Ex parte No. MC–4, 1 M.C.C. 1. Cf. Colbeck v. Dairyland Creamery Co. (S.D. Supp. Ct.), 17 N.W. (2d) 262, in which the court held that the exemption did not apply to a refrigeration mechanic by reason solely of the fact that he crossed State lines in a truck in which he transported himself to and from the various places at which he serviced equipment belonging to his employer.)

**Interstate commerce.** Traffic, intercourse, **commercial** trading, or the transportation of persons or property between or among the several states of the Union, or from or between points in one state and points in another state; **commerce** between two states, or between places lying in different states. Gibbons v. Ogden, 22 U.S. (9 Wheat.) 1, 6 L.Ed. 23; Wabash, etc. R. Co. v. Illinois, 118 U.S. 557, 7 S.Ct. 4, 30 L.Ed. 244. It comprehends all the component parts of **commercial** intercourse between different states. Furst v. Brewster, 282 U.S. 493, 51 S.Ct. 295, 296, 75 L.Ed. 478. See Balancing of interests. **Black's Law Dictionary**, Henry Campbell Black, 6th Edition, 1990, page 819.

**Exhibit Q**

## **PHOTO**



On October 17, 2021, Plaintiff took this photo about five hours after her right knee was bashed, bleeding, and swollen by a black metal bar inside NYPD Vehicle #3634.  The knee injury of Claudia Marie Lee happened inside NYPD Vehicle #3634 of JEAN PAUL ROZENBENZ and RAJESH SHARMA at around 10:20 am EST outside the front entrance door of the 30th Precinct at 451 West 151st Street, Manhattan, New York 10031.