UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                  :

CLAUDIA MARIE LEE,                      :

                      Plaintiff,      :

                                                  :

            -against-            :            23-CV-7064 (VSB)

                                                  :

                                                  :        **<u>AMENDED ORDER</u>**

TOWN OF WAWAYANDA, *et al.*,     :

                                                  :

                      Defendants.  :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On October 10, 2024, Plaintiff Claudia Marie Lee moved for leave to file an amended

complaint, (Doc. 91), as well as for an extension of time in which to file an amended complaint,

(Doc. 90).  Plaintiff did not submit a proposed amended complaint or otherwise explain the basis

for her proposed amendment.  I granted Plaintiff an extension of time until November 1, 2024, to

supplement her motion by filing a proposed amended complaint or a letter detailing the basis for

her proposed amendment.  I warned Plaintiff that failure to do so would result in this Court

denying Plaintiff's motion for leave to amend her Complaint.  As of November 6, 2024, there

were no supplemental materials on the ECF docket, so I denied Plaintiff's motion for leave to

amend her Complaint.  (Doc. 93.)  On November 7, 2024, Plaintiff's proposed Amended

Complaint appeared on the docket, back-dated to November 1, 2024.  (Doc. 94.)

      In light of Plaintiff's filing of her proposed Amended Complaint, I hereby AMEND my

November 6, 2024 Order, (Doc. 93), to REOPEN Plaintiff's motion for leave to amend her

Complaint, (Doc. 91), and take that motion under consideration.  Defendants are directed to file

their opposition, if any, to Plaintiff's motion by November 22, 2024.  If Defendants oppose

Plaintiff's motion, Plaintiff shall submit her reply, if any, by December 9, 2024.

The Clerk of Court is respectfully directed to designate Plaintiff's filing at Doc. 94 as Plaintiff's *Proposed* First Amended Complaint, as Plaintiff requires leave of court to file an amended complaint at this stage in the case, which I have not granted at this time.  *See* Fed. R. Civ. P. 15(a)(2).  The Clerk of Court is also respectfully directed to terminate any parties that were added to the docket when Doc. 94 was docketed as an Amended Complaint, instead of a Proposed Amended Complaint.

SO ORDERED.

Dated:          November 8, 2024
                New York, New York

Vernon S. Broderick
United States District Judge