**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CLAUDIA MARIE LEE,

                        Plaintiff,                            23 **CIVIL** 7064 (VSB)

       -against-                               **JUDGMENT**

TOWN OF WAWAYANDA, et al.,

                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Opinion & Order dated January 14, 2026, Magistrate Judge

Willis's Report and Recommendation is ADOPTED in full and Plaintiff's motion for leave to

amend her Complaint is DENIED. This action is dismissed with prejudice and the case is

closed.

**Dated:** New York, New York
       January 15, 2026                    **TAMMI M. HELLWIG**

                                             **Clerk of Court**

                         **BY:** _____
                                  **Deputy Clerk**